Marlee Goska (she/her) (OSB #215287)
WESTERN ENVIRONMENTAL LAW CENTER
P.O. Box 187
Lostine, OR 97857
(845) 772-2555
goska@westernlaw.org

*Attorneys for Plaintiffs*

Nicholas S. Cady (he/him) (OSB # 113463)
CASCADIA WILDLANDS
P.O. Box 10455
Eugene, Oregon 97440
Tel: 541-434-1463
Email: nick@cascwild.org

*Attorney for Plaintiff Cascadia Wildlands*

# UNITED STATES DISTRICT COURT
# DISTRICT OF OREGON
# EUGENE DIVISION

| | |
|---|---|
| **CASCADIA WILDLANDS** et al., <br><br> Plaintiffs, <br><br> vs. <br><br> **CHERYL ADCOCK** et al. <br><br> Defendants. | Civ. Case No. 6:22-cv-00767 <br><br> **NOTICE OF ATTORNEY SUBSTITUTION** |

PAGE 1 – NOTICE OF ATTORNEY SUBSTITUTION

Please take notice that per LR 83-9, Susan Jane M. Brown of the Western Environmental Law Center enters her appearance as counsel in the above-captioned matter for Plaintiffs Cascadia Wildlands and Oregon Wild. Ms. Brown is registered for Electronic Case Filing ("ECF"). Relevant contact information for Ms. Brown is as follows:

Susan Jane M. Brown (she/her) (OSB #054607)
WESTERN ENVIRONMENTAL LAW CENTER
4107 NE Couch Street
Portland, OR. 97232
brown@westernlaw.org
(503) 914-1323

Ms. Brown substitutes her appearance for that of Mr. John Mellgren, counsel for Plaintiffs Cascadia Wildlands and Oregon Wild per LRs 83-11(b), (d). Mr. Mellgren is withdrawing his appearance in this litigation, and per the requirements of LR 83-11(b), Plaintiffs Cascadia Wildlands and Oregon Wild remain represented by Susan Jane Brown and Marlee Goska of the Western Environmental Law Center.

Date: July 8, 2022.

/s/ Susan Jane M. Brown
Susan Jane M. Brown (OSB #054607)
WESTERN ENVIRONMENTAL LAW CENTER
4107 NE Couch St.
Portland, Oregon 97232
(503) 914-1323
brown@westernlaw.org

Per LR LR 83-11(d), I, John R. Mellgren, hereby consent to the filing of this Notice of Attorney Substitution.

Date: July 8, 2022

/s/ John R. Mellgren
John R. Mellgren (OSB # 114620)
WESTERN ENVIRONMENTAL LAW CENTER
120 Shelton McMurphey Blvd., Ste. 340
Eugene, Oregon 97401
Tel: 541-359-0990
Email: mellgren@westernlaw.org

PAGE 2 – NOTICE OF ATTORNEY SUBSTITUTION