AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Oregon

CASCADIA WILDLANDS and OREGON WILD

*Plaintiff(s)*

v.

CHERYL ADCOCK, PAUL TIGAN, and UNITED STATES BUREAU OF LAND MANAGEMENT

*Defendant(s)*

Civil Action No. 6:22-cv-00767-AA

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Cheryl Adcock
Field Manager, Siuslaw Field Office
Bureau of Land Management
3106 Pierce Parkway, Suite E
Springfield, OR 97477

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: John R. Mellgren
Western Environmental Law Center
120 Shelton McMurphey Blvd., Ste. 340
Eugene, Oregon 97401

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

MELISSA AUBIN, Clerk of Court

Date: 05/26/2022

By: S.J. Wall, Deputy Clerk

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 6:22-cv-00767-AA

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Cheryl Adcock Field Manager, Siuslaw Field Office, Bureau of Land Management
was received by me on *(date)* 06/13/2022 .

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):* Mailed via U.S. Postal Service Certified First Class Mail, Electric Return Receipt Requested. Included was Dkt. Nos 1-5, including the complaint and summons. These same documents were also served on Paul Tigan, the Field Manager in Mary's Peak Field Office of the Bureau of Land Management; the United States Bureau of Land Management; the U.S. Attorney for the District of Oregon Civil Process Clerk; and the U.S. Attorney General.

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 07/26/2022

*Server's signature*

Kelly Scoble, Administrative & Technology Coordinator
*Printed name and title*

Western Environmental Law Center
120 Shelton McMurphey Blvd, STE 340
Eugene, OR 97401

*Server's address*

Additional information regarding attempted service, etc:


UNITED STATES
POSTAL SERVICE

June 16, 2022

Dear Kelly Scoble:

The following is in response to your request for proof of delivery on your item with the tracking number:
**7021 0950 0000 2251 3890**.

## Item Details

| | |
|---|---|
| **Status:** | Delivered, Left with Individual |
| **Status Date / Time:** | June 16, 2022, 11:07 am |
| **Location:** | SPRINGFIELD, OR 97477 |
| **Postal Product:** | First-Class Mail® |
| **Extra Services:** | Certified Mail™ |
| | Return Receipt Electronic |

## Shipment Details

**Weight:** 6.0oz

## Recipient Signature

Signature of Recipient:

Address of Recipient:

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004



Certified Mail Receipt — Sent To: Cheryl Adcock, Siuslaw Field Office Field Manager BLM; Street: 3106 Pierce Parkway, Suite E; City: Springfield, OR 97477. Certified Mail Fee $3.75; Return Receipt (electronic) $0.00; Postage $2.16; Total Postage and Fees $7.76. Postmark JUN 15 2022 SPRINGFIELD, OR 97477.


**UNITED STATES**
**POSTAL SERVICE**

June 17, 2022

Dear Kelly Scoble:

The following is in response to your request for proof of delivery on your item with the tracking number: **7021 0950 0000 2251 3937**.

## Item Details

| | |
|---|---|
| **Status:** | Delivered, Front Desk/Reception/Mail Room |
| **Status Date / Time:** | June 17, 2022, 12:50 pm |
| **Location:** | PORTLAND, OR 97204 |
| **Postal Product:** | First-Class Mail® |
| **Extra Services:** | Certified Mail™ |
| | Return Receipt Electronic |

## Shipment Details

**Weight:** 6.0oz

## Recipient Signature

**Signature of Recipient:** *mailcarrier in mailbox*

**Address of Recipient:** *1200 3*

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004




**UNITED STATES POSTAL SERVICE**

July 25, 2022

Dear Kelly Scoble:

The following is in response to your request for proof of delivery on your item with the tracking number: **7021 0950 0000 2251 4040**.

### Item Details

| | |
|---|---|
| **Status:** | Delivered, Individual Picked Up at Postal Facility |
| **Status Date / Time:** | July 25, 2022, 6:12 am |
| **Location:** | WASHINGTON, DC 20530 |
| **Postal Product:** | First-Class Mail® |
| **Extra Services:** | Certified Mail™ |
| | Return Receipt Electronic |

### Shipment Details

| | |
|---|---|
| **Weight:** | 6.0oz |

### Recipient Signature



Signature of Recipient:

Address of Recipient:

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004

