Susan Jane M. Brown (she/her) (OSB #054607), LEAD COUNSEL
WESTERN ENVIRONMENTAL LAW CENTER
4107 NE Couch St.
Portland, Oregon 97232
(503) 914-1323
brown@westernlaw.org

*Attorney for Plaintiffs*

Nicholas S. Cady (he/him) (OSB #113463)
CASCADIA WILDLANDS
P.O. Box 10455
Eugene, Oregon 97440
Tel: 541-434-1463
Email: nick@cascwild.org

*Attorney for Plaintiff Cascadia Wildlands*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF OREGON**
**EUGENE DIVISION**

| | |
|---|---|
| **CASCADIA WILDLANDS** et al., <br><br> *Plaintiffs,* <br><br> vs. <br><br> **CHERYL ADCOCK** et al., <br><br> *Defendants.* | Case No. 6:22-cv-00767-AA <br><br> **[PROPOSED] ORDER** |

Having considered Plaintiffs' Motion to Stay Case Proceedings Pending Ruling on Motion to Amend the Complaint and to Vacate Briefing Schedule, it is hereby ordered for good cause shown, Plaintiffs' motion is hereby GRANTED. Case proceedings are hereby STAYED pending the Court's resolution of Plaintiffs' Motion to Amend the Complaint. The Court's previous summary judgment Scheduling Order, ECF No. 13, is hereby VACATED.

IT IS SO ORDERED.


Dated: _____          _____
                                HON. ANN AIKEN
                                UNITED STATES DISTRICT JUDGE