Sara Ghafouri, OSB #111021
Sarah Melton, OSB #227050
American Forest Resource Council
700 N.E. Multnomah, Suite 320
Portland, Oregon 97232
Telephone: (503) 222-9505
Fax: (503) 222-3255
sghafouri@amforest.org
smelton@amforest.org

*Attorneys for Proposed Defendant-Intervenor*

# UNITED STATES DISTRICT COURT
## DISTRICT OF OREGON
## EUGENE DIVISION

| | |
|---|---|
| **CASCADIA WILDLANDS**, an Oregon non-profit corporation,<br><br>Plaintiff,<br><br>vs.<br><br>**CHERYL ADCOCK**, in her official capacity as Field Manager of the Siuslaw Field Office, Northwest Oregon District BLM; and **PAUL TIGAN**, in their official capacity as Field Manager of the Mary's Peak Field Office, Northwest Oregon District BLM; and **UNITED STATES BUREAU OF LAND MANAGEMENT,** an administrative agency of the United States Department of Interior,<br><br>Defendants,<br><br>and<br><br>**AMERICAN FOREST RESOURCE COUNCIL**, an Oregon non-profit corporation,<br><br>Proposed Defendant-Intervenor. | Civil No. 6:22-cv-00767-AA<br><br>**[PROPOSED] ORDER GRANTING MOTION TO INTERVENE** |

[PROPOSED] ORDER

Having considered the Motion to Intervene filed by the American Forest Resource Council, and being fully advised, the Court finds that the American Forest Resource Council's motion is timely, that it has a significant protectable interest in this action, the interest may be impaired by the litigation, and the other parties do not adequately represent the American Forest Resource Council's interests.  The Court hereby **GRANTS** the Motion to Intervene as of right pursuant to Fed. R. Civ. P. 24(a)(2).

**IT IS SO ORDERED.**


Dated: _____          _____
                                Hon. Ann L. Aiken
                                United States District Court Judge


[PROPOSED] ORDER - 1

## CERTIFICATE OF SERVICE

I, Sara Ghafouri, hereby certify that I, on November 9, 2023, caused the foregoing to be served upon counsel of record through the Court's electronic service system.

Dated this 9th day of November, 2023.

<u>/s/ Sara Ghafouri</u>
Sara Ghafouri
