Judge Ann Aiken

# UNITED STATES DISTRICT COURT
# DISTRICT OF OREGON
# EUGENE DIVISION

| | |
|---|---|
| **CASCADIA WILDLANDS**, *Plaintiff,* vs. **CHERYL ADCOCK** et al., *Defendants.* and **AMERICAN FOREST RESOURCE COUNCIL** *Proposed Defendant-Intervenor.* | Case No. 6:22-cv-00767-AA **JOINT PROPOSED CASE SCHEDULE** |

The Plaintiff (Cascadia Wildlands), the Defendants (BLM) and the Proposed Defendant-Intervenor (AFRC) submit this Joint Proposed Case Schedule, following the Orders dated January 17, 2023 (ECF No. 21) and August 31, 2023 (ECF No. 27), granting Cascadia Wildlands' Motion to Stay Case Proceedings Pending Ruling on Motion to Amend the Complaint and to Vacate Briefing Schedule, and granting Cascadia Wildlands' Motion to Amend the Complaint, respectively. Cascadia Wildlands subsequently amended its complaint on September 7, 2023 (ECF No. 28). AFRC moved to intervene and filed its proposed Answer on November 9, 2023 (ECF Nos. 31 & 31-1). BLM does not oppose AFRC's intervention, and Cascadia Wildlands took no position (ECF No. 31 at 5).[1]

---

[1] Upon reviewing AFRC's Motion to Intervene, and in the interest of streamlining this litigation, Cascadia Wildlands does not oppose AFRC's intervention.

PAGE 1 – Joint Proposed Case Schedule,
    *Cascadia Wildlands et al. v. Cheryl Adcock et al.* (6:22-cv-00767-AA)

In accordance with the provisions of Rule 16(b) of the Federal Rules of Civil Procedure, Cascadia Wildlands and BLM have conferred. Because the parties do not oppose AFRC's intervention, and in the interest of streamlining this proceeding, the parties conferred with AFRC in preparing this proposed case schedule. Accordingly, the parties and AFRC jointly submit the proposed scheduling order below.

I. <u>Nature of the Case.</u>

Consistent with the previous joint proposed case schedule, the parties remain in agreement that this case is governed by the judicial review provisions of the APA, 5 U.S.C. §§ 701–706, and that the case is accordingly exempt from the requirements of Federal Rules of Civil Procedure 26(a)(1)(B)(i) and 26(f).

II. <u>Proposed Deadlines.</u>

The parties propose the following deadlines for this matter:

1. Cascadia Wildlands' motion for summary judgment is due on or before **February 9, 2024.**
2. BLM's combined cross-motion for summary judgment and response to Cascadia Wildlands' motion for summary judgment is due on or before **April 12, 2024.**
3. If its Motion to Intervene is granted, AFRC's cross-motion for summary judgment and response to Cascadia Wildlands' motion for summary judgment is due on or before **April 19, 2024.**
4. Cascadia Wildlands' combined reply in support of their motion for summary judgment and response to BLM's, and, if applicable, AFRC's cross-motion for summary judgment, is due on or before **May 17, 2024.**
5. BLM's reply, and AFRC's reply, if its Motion to Intervene is granted, are due on or before **June 14, 2024.**

Respectfully submitted this 22nd day of December, 2023.

/s/ Sangye Ince-Johannsen
Sangye Ince-Johannsen (he/him), OSB #193827
WESTERN ENVIRONMENTAL LAW CENTER
120 Shelton McMurphey Boulevard, Suite 340
Eugene, OR 97401
Telephone: (541) 778-6626
sangyeij@westernlaw.org
*Attorney for Plaintiff*


Sean E. Martin
ASSISTANT U.S. ATTORNEY


s/ Sara Ghafouri
Sara Ghafouri, OSB #111021
Sarah Melton, OSB #227050
AMERICAN FOREST RESOURCE COUNCIL
700 N.E. Multnomah, Suite 320
Portland, Oregon 97232
Telephone: (503) 222-9505
Fax: (503) 222-3255
sghafouri@amforest.org
smelton@amforest.org
*Attorneys for Proposed Defendant-Intervenor*

PAGE 3 – Joint Proposed Case Schedule,
    *Cascadia Wildlands et al. v. Cheryl Adcock et al.* (6:22-cv-00767-AA)