**NATALIE K. WIGHT, OSB # 035576**
United States Attorney
District of Oregon
**SEAN E. MARTIN, OSB # 054338**
Assistant United States Attorney
1000 S.W. Third Avenue, Suite 600
Portland, OR 97204-2902
sean.martin@usdoj.gov
Telephone:  (503) 727-1010
      Attorneys for Defendants

# UNITED STATES DISTRICT COURT

# DISTRICT OF OREGON

# EUGENE DIVISION

| | |
|---|---|
| **CASCADIA WILDLANDS,** | Case No. 6:22-cv-00767-AA |
| Plaintiff, | |
| v. | **STIPULATED MOTION TO REVISE/EXTEND SUMMARY JUDGMENT BRIEFING DEADLINES** |
| **CHERYL ADCOCK**; **PAUL TIGAN**; and **U.S. BUREAU OF LAND MANAGEMENT**, | |
| Defendants, | |
| and | |
| **AMERICAN FOREST RESOURCE COUNCIL**, | |
| Defendant-Intervenor. | |

The parties make this stipulated motion to revise/extend the remaining summary judgment briefing deadlines in this action. *See* ECF 36 (current summary judgment briefing deadlines). Pursuant to LR 7-1, counsel for the parties conferred, and this is a stipulated and non-opposed motion.

The parties request the following revised/extended summary judgment briefing schedule:

**April 26**: Deadline for Defendants to file a combined cross-motion for summary judgment and response to Plaintiff's motion for summary judgment (current deadline is April 12).

**May 3**: Deadline for Defendant-Intervenor to file a combined cross-motion for summary judgment and response to Plaintiff's motion for summary judgment (current deadline is April 19).

**June 7**: Deadline for Plaintiff to file a combined reply in support of its motion for summary judgment and response to Defendants' and Defendant-Intervenor's cross-motions for summary judgment (current deadline is May 17).

**July 12**: Deadline for Defendants to file a reply in support of their cross-motion for summary judgment (current deadline is June 14).

**July 26**: Deadline for Defendant-Intervenor to file a reply in support of its cross-motion for summary judgment (current deadline is June 14).

There is good cause to grant this stipulated motion. Defendants' counsel is in the midst of an office move that is affecting access to work files and is facing

Page 2    Stipulated Motion to Revise/Extend Summary Judgment Briefing
         Deadlines; *Cascadia Wildlands v. Adcock, et al.*, Case No. 6:22-cv-
         00767-AA

several unanticipated deadlines in other matters; the requested summary judgment extension is modest and will address these developments and allow for preparation of adequate briefing in the instant case. Counsel for Plaintiff and Defendant-Intervenor, for their part, are facing briefing deadlines and argument dates in other matters; the requested summary judgment extension is modest will allow for preparation of adequate briefing in the instant case.

For these reasons, this Court should grant this stipulated motion.

Dated this 4th day of April, 2024.

Respectfully submitted,

NATALIE K. WIGHT
United States Attorney
District of Oregon

*/s/ Sean E. Martin*
SEAN E. MARTIN
Assistant United States Attorney
   Attorneys for Defendants


*/s/ Sangye Ince-Johannsen*
SANGYE INCE-JOHANNSEN
   Attorney for Plaintiff

*/s/ Sara Ghafouri*
SARA GHAFOURI
   Attorney for Defendant-Intervenor

Page 3   Stipulated Motion to Revise/Extend Summary Judgment Briefing Deadlines; *Cascadia Wildlands v. Adcock, et al.*, Case No. 6:22-cv-00767-AA