**NATALIE K. WIGHT, OSB # 035576**
United States Attorney
District of Oregon
**SEAN E. MARTIN, OSB # 054338**
Assistant United States Attorney
1000 S.W. Third Avenue, Suite 600
Portland, OR 97204-2902
sean.martin@usdoj.gov
Telephone: (503) 727-1010
      Attorneys for Defendants

# UNITED STATES DISTRICT COURT

# DISTRICT OF OREGON

# EUGENE DIVISION

| | |
|---|---|
| **CASCADIA WILDLANDS,** | Case No. 6:22-cv-00767-AA |
| Plaintiff, | |
| v. | **DEFENDANTS' UNOPPOSED MOTION TO EXPAND WORD COUNT FOR COMBINED MEMORANDUM IN SUPPORT OF CROSS-MOTION FOR SUMMARY JUDGMENT/IN RESPONSE TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT** |
| **CHERYL ADCOCK**; **PAUL TIGAN**; and **U.S. BUREAU OF LAND MANAGEMENT**, | |
| Defendants, | |
| and | |
| **AMERICAN FOREST RESOURCE COUNCIL**, | |
| Defendant-Intervenor. | |

Defendants make this unopposed motion to expand the word count to a maximum of 13,000 words for their combined memorandum in support of cross-motion for summary judgment/in response to Plaintiff's motion for summary judgment. Pursuant to LR 7-1(a), undersigned counsel conferred with Plaintiff's counsel, and Plaintiff does not oppose this motion.

There is good cause to grant this unopposed motion. By April 26, 2024, Defendants plan to file a cross-motion for summary judgment in this action, along with a combined memorandum in support of their cross-motion and in response to Plaintiff's motion for summary judgment. *See* ECF 40 (current case briefing schedule). Although the default word-count allowance is 11,000 words for this memorandum, LR 7-2(b), an expansion to a 13,000-word maximum is appropriate here. In their memorandum, Defendants will not only be providing the relevant factual backdrop but will be addressing various legal points on a variety of environmental-law contentions, both in support of their motion and in response to Plaintiff's motion. The requested expansion will allow Defendants' memorandum to appropriately address these points.

For these reasons, this Court should grant this unopposed request to expand the word count to a maximum of 13,000 words for Defendants' combined summary judgment memorandum.

Page 2      Unopposed Motion to Expand Word Count; *Cascadia Wildlands v. Adcock, et al.*, Case No. 6:22-cv-00767-AA

Dated this 19th day of April, 2024.

                        Respectfully submitted,

                        NATALIE K. WIGHT
                        United States Attorney
                        District of Oregon

                        */s/ Sean E. Martin*
                        SEAN E. MARTIN
                        Assistant United States Attorney
                              Attorneys for Defendants