IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

**CASCADIA WILDLANDS,**   Case No 6:22-cv-00767-AA

    Plaintiff,   **JUDGMENT**

  v.

**CHERYL ADCOCK; PAUL TIGAN;** and **UNITED STATES BUREAU OF LAND MANAGEMENT,**

    Defendants, and

**AMERICAN FOREST RESOURCE COUNCIL,**

    Defendant-Intervenor.

_____

AIKEN, District Judge:

    According to the stipulation of the parties, the case is DISMISSED pursuant to the terms of the parties' settlement. The Court retains jurisdiction over this matter solely to oversee compliance with the terms of the stipulated remedy.

    It is so ORDERED June 12, 2025.

                                                            /s/Ann Aiken
                                                            Ann Aiken
                                                            United States District Judge