Sangye Ince-Johannsen, OSB # 193827
WESTERN ENVIRONMENTAL LAW CENTER
120 Shelton McMurphey Boulevard, Suite 340
Eugene, Oregon 97401
sangyeij@westernlaw.org
541-778-6626

Nicholas S. Cady, OSB # 113463
CASCADIA WILDLANDS
P.O. Box 10455
Eugene, Oregon 97440
nick@cascwild.org
541-434-1463

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF OREGON

# EUGENE DIVISION

| | |
|---|---|
| **CASCADIA WILDLANDS**, <br>     *Plaintiff,* <br><br> v. <br><br> **CHERYL ADCOCK**; **PAUL TIGAN**; and **U.S. BUREAU OF LAND MANAGEMENT**, <br>     *Defendants,* <br> and <br><br> **AMERICAN FOREST RESOURCE COUNCIL**, <br>     *Defendant-Intervenor.* | Case No.: 6:22-cv-00767-AA <br><br> **STIPULATED MOTION TO STAY BRIEFING ON PLAINTIFF'S MOTION FOR ATTORNEYS' FEES** |

Pursuant to Local Rule 7-1, Plaintiff Cascadia Wildlands and Defendants Bureau of Land Management, et al. (the "parties"), jointly move to stay the briefing schedule for Plaintiff's Motion for Attorneys' Fees (ECF No. 58) to allow for settlement discussions.

The parties request the Court stay the briefing schedule under the following terms:

1. The parties will engage in settlement discussions regarding Plaintiff's request for attorney's fees. Defendants will provide a settlement offer to Plaintiff on or before August 27, 2025.

2. If the parties are unable to reach a settlement, Plaintiff's counsel will file a notice with the Court, served on all parties, stating that settlement discussions have concluded.

3. Defendants' response to Plaintiff's Motion for Attorney's Fees shall be due fourteen (14) days from the filing of that notice.

4. Plaintiff's reply shall be due twenty-one (21) days after Defendants file their response.

There is good cause to grant this motion. The requested stay will allow the parties to engage in settlement negotiations that may resolve the motion without further briefing, thereby conserving the resources of the parties and the Court.

For these reasons, the parties respectfully request that the Court grant this stipulated motion.

Date: August 20, 2025.   /s/ Sangye Ince-Johannsen
SANGYE INCE-JOHANNSEN
WESTERN ENVIRONMENTAL LAW CENTER
120 Shelton McMurphey Boulevard #340
Eugene, Oregon 97401
sangyeij@westernlaw.org

*Attorney for Plaintiff*

SCOTT E. BRADFORD
UNITED STATES ATTORNEY
District of Oregon

/s/ Sean E. Martin
SEAN E. MARTIN
ASSISTANT UNITED STATES ATTORNEY
*Attorneys for Defendants*

Case 6:22-cv-00767-AA     Document 66     Filed 08/20/25     Page 3 of 3

Stip. Mot. to Stay Briefing on Plf.'s Mot. for Attys.' Fees, No. 6:22-cv-767-AA                2