Sangye Ince-Johannsen, OSB # 193827
WESTERN ENVIRONMENTAL LAW CENTER
120 Shelton McMurphey Boulevard, Suite 340
Eugene, Oregon, 97401
sangyeij@westernlaw.org
541-778-6626

Nicholas S. Cady, OSB # 113463
CASCADIA WILDLANDS
P.O. Box 10455
Eugene, Oregon, 97440
nick@cascwild.org
541-434-1463

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

## EUGENE DIVISION

| | |
|---|---|
| **CASCADIA WILDLANDS**, | Case No. 6:22-cv-00767-AA |
| *Plaintiff*, | |
| v. | **PLAINTIFF'S NOTICE OF CONCLUSION OF SETTLEMENT DISCUSSIONS** |
| **CHERYL ADCOCK**; **PAUL TIGAN**; and **U.S. BUREAU OF LAND MANAGEMENT**, | |
| *Defendants*, | |
| and | |
| **AMERICAN FOREST RESOURCE COUNCIL**, | |
| *Defendant-Intervenor*. | |

Plaintiff Cascadia Wildlands submits this notice that settlement discussions have concluded in accordance with the Court's August 21, 2025, Order on Motion for Stay, ECF No. 67.

On August 27, 2025, Defendants Bureau of Land Management, et al. provided Plaintiff their settlement offer regarding Plaintiff's request for attorney's fees and costs. The parties conferred on this matter and were unable to reach an agreement.

Accordingly, pursuant to the Court's Order on Motion for Stay, ECF No. 67, Defendants' response to Plaintiff's Motion for Attorney's Fees, ECF No. 58, will be due on December 2, 2025, fourteen (14) days from the filing of this notice. Plaintiff's reply will be due on December 23, 2025, twenty-one (21) days after Defendants file their response.

Date: November 18, 2025          Respectfully submitted,

/s/ Sangye Ince-Johannsen
Sangye Ince-Johannsen, OSB # 193827
Nicholas S. Cady, OSB # 113463

*Attorneys for Plaintiff*