Sara Ghafouri, OSB #111021
American Forest Resource Council
700 N.E. Multnomah, Suite 320
Portland, Oregon 97232
Telephone: (503) 222-9505
Fax: (503) 222-3255
sghafouri@amforest.org

*Attorney for Defendant-Intervenor*

UNITED STATES DISTRICT COURT
DISTRICT OF OREGON
EUGENE DIVISION

| | |
|---|---|
| **CASCADIA WILDLANDS**, an Oregon non-profit corporation,<br><br>Plaintiff,<br><br>vs.<br><br>**CHERYL ADCOCK**, in her official capacity as Field Manager of the Siuslaw Field Office, Northwest Oregon District BLM; and **PAUL TIGAN**, in their official capacity as Field Manager of the Marys Peak Field Office, Northwest Oregon District BLM; and **UNITED STATES BUREAU OF LAND MANAGEMENT**, an administrative agency of the United States Department of Interior,<br><br>Defendants,<br><br>and<br><br>**AMERICAN FOREST RESOURCE COUNCIL**, an Oregon non-profit corporation,<br><br>Defendant-Intervenor. | Civil No. 6:22-cv-00767-AA<br><br>**NOTICE OF WITHDRAWAL OF COUNSEL** |

NOTICE OF WITHDRAWAL OF COUNSEL

Pursuant to Local Rule 83-11(b), Defendant-Intervenor American Forest Resource Council hereby withdraws the appearance of Sarah Melton as counsel of record, as Ms. Melton has left the American Forest Resource Council. American Forest Resource Council will continue to be represented by Sara Ghafouri.

Dated this 19th day of November, 2025.

/s/ Sara Ghafouri
Sara Ghafouri, OSB #111021
American Forest Resource Council
700 N.E. Multnomah, Suite 320
Portland, Oregon 97232
Telephone: (503) 222-9505
Fax: (503) 222-3255
sghafouri@amforest.org


*Attorney for Defendant-Intervenor*

NOTICE OF WITHDRAWAL OF COUNSEL - 1

## CERTIFICATE OF SERVICE

I, Sara Ghafouri, hereby certify that I, on November 19, 2025, caused the foregoing to be served upon counsel of record through the Court's electronic service system.

Dated this 19th day of November, 2025.

/s/ Sara Ghafouri
Sara Ghafouri

NOTICE OF WITHDRAWAL OF COUNSEL - 2