**SCOTT E. BRADFORD, OSB # 062824**
United States Attorney
District of Oregon
**SEAN E. MARTIN, OSB # 054338**
Assistant United States Attorney
1000 S.W. Third Avenue, Suite 600
Portland, OR 97204-2902
sean.martin@usdoj.gov
Telephone: (503) 727-1010
     Attorneys for Defendants

# UNITED STATES DISTRICT COURT

# DISTRICT OF OREGON

# EUGENE DIVISION

| | |
|---|---|
| **CASCADIA WILDLANDS,** | Case No. 6:22-cv-00767-AA |
| Plaintiff, | |
| v. | **DEFENDANTS' UNOPPOSED MOTION TO EXTEND WORD COUNT FOR RESPONSE TO PLAINTIFF'S MOTION FOR ATTORNEYS' FEES** |
| **CHERYL ADCOCK; PAUL TIGAN;** and **U.S. BUREAU OF LAND MANAGEMENT**, | |
| Defendants, | |
| and | |
| **AMERICAN FOREST RESOURCE COUNCIL**, | |
| Defendant-Intervenor. | |

Defendants file this unopposed motion to extend the word count to 5,000 words for their response to Plaintiff's motion for attorney fees, ECF 58. Pursuant to LR 7-1, counsel for the parties conferred, and this motion is unopposed.

There is good cause to grant this unopposed motion. There are several key legal and factual issues involved with Plaintiff's motion, and Plaintiff's motion relied on a variety of accompanying declarations and other evidence. To reasonably respond to the motion, an extension beyond the default LR 54-3(e) word count, to 5,000 words, is appropriate.

Dated this 24th day of November, 2025.

Respectfully submitted,

SCOTT E. BRADFORD
United States Attorney
District of Oregon

*/s/ Sean E. Martin*
SEAN E. MARTIN
Assistant United States Attorney
    Attorneys for Defendants