**SCOTT E. BRADFORD, OSB #062824**
United States Attorney
District of Oregon
**SEAN E. MARTIN, OSB #054338**
Assistant United States Attorney
1000 S.W. Third Avenue, Suite 600
Portland, OR 97204
sean.martin@usdoj.gov
Telephone: (503) 727-1000
        Attorneys for Defendants

# UNITED STATES DISTRICT COURT

# DISTRICT OF OREGON

# EUGENE DIVISION

| | |
|---|---|
| CASCADIA WILDLANDS, | Case No. 6:22-cv-00767-AA |
| Plaintiff, | |
| v. | DECLARATION OF SARAH BICKFORD IN SUPPORT OF DEFENDANTS' RESPONSE TO PLAINTIFF'S MOTION FOR ATTORNEYS' FEES, COSTS, AND OTHER EXPENSES |
| CHERYL ADCOCK; PAUL TIGAN; and U.S. BUREAU OF LAND MANAGEMENT, | |
| Defendants, | |
| and | |
| AMERICAN FOREST RESOURCE COUNCIL, | |
| Defendant-Intervenor. | |

Page 1    Declaration of Sarah Bickford

I, Sarah Bickford, declare and state as follows:

1.  I am the Field Manager of the U.S. Bureau of Land Management's ("BLM") Siuslaw Field Office, Northwest Oregon District. I have served in this position since January 2024. Prior to that, I was the Field Manager for the Swiftwater Field Office, Roseburg District, BLM Oregon since October 2019. I hold Bachelor of Science degrees in Natural Resources and Environmental Policy and Economics Management from Oregon State University.

2.  As the Siuslaw Field Manager, I oversee the day-to-day operations of the Field Office and act as the authorized official for forest management decisions.

3.  I am knowledgeable about Plaintiff's challenge in this litigation to the N126 LSR Landscape Plan, the terms of the parties' Proposed Stipulated Remedy, filed April 29, 2025 and granted by the Court on June 12, 2025, and Plaintiff's Equal Access to Justice Act fee application.

4.  The N126 LSR Landscape Plan covers a forest management strategy for the Siuslaw and Marys Peak Field Offices in the Northwest Oregon District.

5.  The Proposed Stipulated Remedy, ECF-51, permits the implementation of nine timber sales, for which, at the time of the filing of ECF-51, BLM had fully executed contracts with Purchasers. Those nine sales

Page 2    Declaration of Sarah Bickford

include Pucker Up, Gone Fishin', Walker Point, Upper Greenleaf, Tomcat Divide, Cefir Miles, King Congdon, Hemlock Hill, and Electric Crossing. ECF-51, ¶1.

6. The Stipulated Remedy also permits the implementation of seven additional timber sales, for which, at the time of the filing of ECF-51, BLM had not yet issued decisions. These seven sales include Dueling Elk, Moke Road, North Deeded, Over Cooked, Holey Joe, Nelson Divide, and Maine Event. ECF-51, ¶2.

7. BLM sold the nine timber sales identified above in paragraph 5, and Dueling Elk from paragraph 6, between Fiscal Years 2022-2025 for a combined volume of 75.134 MMbf (million board feet). These sales generated a total of $18,004,513 in revenue.

8. On October 27, 2025, the Northwest Oregon District Manager established new minimum timber target levels for volume offered among the District's Field Offices. The volume targets outline the District's strategy to achieve the mid-point decadal targets for allowable sale quantity (ASQ), while also conducting restoration treatments that produce non-ASQ timber volume, as described in the 2016 Resource Management Plan/Final Environmental Impact Statement. The N126 LSR Landscape Plan contributes to the District's non-ASQ timber volume through restoration treatments in the Late Successional Reserve land use allocation. Each Field

Page 3     Declaration of Sarah Bickford

Office has the flexibility to use both ASQ and non-ASQ volume to meet total annual targets.

9.     The Siuslaw Field Office's Fiscal Year 2026 (FY26) non-ASQ volume target is 9 MMbf and its total timber volume target is 22 MMbf; its Fiscal Year 2027 (FY27) non-ASQ volume target is 12 MMbf and its total volume target is 28 MMbf. The Marys Peak Field Office's FY26 non-ASQ volume target is 0 MMbf and its total timber volume target is 25 MMbf; its FY27 non-ASQ volume target is 0 MMbf and its total volume target is 25 MMbf.

10.    BLM has the remaining five sales identified in paragraph 6 (BLM is combining the Nelson Divide and Holey Joe timber sales into one sale – the Holey Joe timber sale) planned for FY26 and FY27. BLM estimates that those sales will produce 34.3 MMbf of timber, with an anticipated total revenue of $8,219,309. These remaining sales satisfy the following percentages of the respective Field Office's overall annual timber targets:

- Moke Road (5.4 MMbf = 60% of Siuslaw's FY26 non-ASQ target; 25% of Siuslaw's FY26 target)

- North Deeded (3.2 MMbf = 36% of Siuslaw's FY26 non-ASQ target; 15% of Siuslaw's FY26 target)

- Over Cooked (6 MMbf = 50% of Siuslaw's FY27 non-ASQ target; 21% of Siuslaw's FY27 target)

Page 4     Declaration of Sarah Bickford

- Holey Joe (9.7 MMbf = 81% of Siuslaw's FY27 non-ASQ target; 35% of Siuslaw's FY27 target)
- Maine Event (10 MMbf = 40% of Marys Peak's FY27 target)

11. In addition to the above-described nine timber sales that BLM sold in Fiscal Years 2022-2025, the above-described sales for FY26 and FY27 will substantially implement N126. The expected N126 FY26 sales will satisfy 40% of the Siuslaw Field Office's annual timber target. The expected N126 FY27 sales will satisfy 56% of the Siuslaw Field Office's annual timber target, and 40% of the Marys Peak Field Office's annual timber target. This implementation of N126 will make a significant contribution in satisfying the overall timber targets for both Field Offices.

I declare under penalty of perjury that the foregoing is true and correct. Executed on December 2, 2025, in Springfield, Oregon.

SARAH BICKFORD
Digitally signed by SARAH BICKFORD
Date: 2025.12.02 10:57:51 -08'00'

Sarah Bickford