Sangye Ince-Johannsen, OSB # 193827
WESTERN ENVIRONMENTAL LAW CENTER
120 Shelton McMurphey Boulevard, Suite 340
Eugene, Oregon, 97401
sangyeij@westernlaw.org
541-778-6626

Nicholas S. Cady, OSB # 113463
CASCADIA WILDLANDS
P.O. Box 10455
Eugene, Oregon, 97440
nick@cascwild.org
541-434-1463

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

### EUGENE DIVISION

| | |
|---|---|
| **CASCADIA WILDLANDS**, <br><br>      *Plaintiff,* <br><br> v. <br><br> **CHERYL ADCOCK**; **PAUL TIGAN**; and **U.S. BUREAU OF LAND MANAGEMENT**, <br><br>      *Defendants,* <br><br> and <br><br> **AMERICAN FOREST RESOURCE COUNCIL**, <br><br>      *Defendant-Intervenor.* | Case No. 6:22-cv-00767-AA <br><br> **PLAINTIFF'S UNOPPOSED MOTION TO EXTEND WORD COUNT FOR REPLY TO DEFENDANTS' RESPONSE TO PLAINTIFF'S MOTION FOR ATTORNEYS' FEES, COSTS, AND OTHER EXPENSES** |

Plaintiff files this unopposed motion to extend the word count of 3,000 words under LR 54-3(e), to 5,000 words for its reply to Defendants' Response to Plaintiff's Motion for Attorneys' Fees, Costs, and Other Expenses, ECF No. 73. Pursuant to LR 7-1, counsel for the parties conferred on December 16, 2025, and Defendants did not oppose this motion.

Due to the number of legal and factual issues that are addressed in Defendants' response, good cause exists to grant this motion. To reasonably reply to Defendants' response, Plaintiff respectfully requests that this Court grants this motion.

Date: December 16, 2025        Respectfully submitted,

/s/ Sangye Ince-Johannsen
Sangye Ince-Johannsen, OSB # 193827
Nicholas S. Cady, OSB # 113463