Sangye Ince-Johannsen, OSB # 193827
WESTERN ENVIRONMENTAL LAW CENTER
120 Shelton McMurphey Boulevard, Suite 340
Eugene, Oregon, 97401
sangyeij@westernlaw.org
541-778-6626

Nicholas S. Cady, OSB # 113463
CASCADIA WILDLANDS
P.O. Box 10455
Eugene, Oregon, 97440
nick@cascwild.org
541-434-1463

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF OREGON

# EUGENE DIVISION

| | |
|---|---|
| **CASCADIA WILDLANDS**,<br>  *Plaintiff*,<br> v.<br>**CHERYL ADCOCK**; **PAUL TIGAN**; and **U.S. BUREAU OF LAND MANAGEMENT**,<br>  *Defendants*,<br> and<br>**AMERICAN FOREST RESOURCE COUNCIL**,<br>  *Defendant-Intervenor*. | Case No. 6:22-cv-00767-AA<br><br>**SECOND DECLARATION OF NICHOLAS S. CADY** |

I, NICHOLAS CADY, state and declare as follows:

1. This declaration is submitted in support of Cascadia Wildlands' ("Cascadia's") application for an award of attorneys' fees and other expenses under the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412 *et seq*. The facts set forth herein are based upon my personal knowledge. I am the Legal Director for Cascadia Wildlands, a nonprofit organization incorporated under the laws of Oregon. I have been licensed to practice law in Oregon since 2011 and am a member of the bars of the State of Oregon, the United States District Court for the District of Oregon, and the Ninth Circuit Court of Appeals.

2. Throughout this litigation, Cascadia encountered genuine and substantial difficulty securing continuous legal representation. This scarcity of available counsel necessitated the involvement of multiple attorneys at different stages of the proceeding. I have reviewed the billing records for all counsel; the work performed by the various attorneys was distinct and non-overlapping. Ultimately, the inability to locate other available counsel required me to re-enter the case at a late stage to negotiate and finalize the remedy.

3. The original N126 Finding of No Significant Impact ("FONSI") authorized treatments across 31,470 acres. The Stipulated Remedy (ECF No. 51) negotiated in this matter limits implementation to the specific timber sales identified in Paragraphs 1 and 2 of that document. Consequently, the significant majority of the logging authorized by the N126 FONSI was dropped or withdrawn as a result of this settlement.

4. Cascadia challenged the N126 Project because we believed that BLM's wholesale approach to commercial logging reserved areas in the Northwest District was and is inappropriate. BLM developed this project with the assumption that every acre of Late Successional Reserves ("LSR") needs to be commercially logged regardless of the existing condition of these reserved forests, and this approach is

fundamentally flawed. A more detailed, site-specific approach laid out in a full EIS is required, especially in the reserves, as this Court again just held in the litigation over the IVM project out of the Medford District. *Klamath-Siskiyou Wildlands Center v. BLM*, Nos. 1:23-cv-00519-CL & 1:23-cv-01163-CL, 2025 WL 975176, at *1 (D. Or. Mar. 31, 2025) (adopting *Klamath-Siskiyou Wildlands Center v. BLM*, Nos. 1:23-cv-00519-CL & 1:23-cv-01163-CL, 2024 WL 2941529 (May 24, 2024) (Findings and Recommendation)).

5. Given the broad scope of the N126 decision, which authorized commercial logging across approximately 17,000 reserved acres, the areas targeted were invariably diverse. This included young plantations, which Cascadia believes would benefit from a lighter touch commercial thinning, but also included a whole host of mature and old-growth areas that Cascadia documented through extensive field-checking efforts, where such logging would be largely inappropriate. This field-checking work from Cascadia was required because BLM did not include this site-specific level detail in the N126 EA or subsequent DNAs. Cascadia also is not seeking any compensation for that extensive field work in this motion.

6. Cascadia, during the course of this litigation, maintained and repeatedly revised a draft motion and memo for a preliminary injunction that was continually updated by on-the-ground field-checking data and declarations as BLM released new timber sales. Cascadia refrained from filing this motion until BLM released a determination of NEPA adequacy ("DNA") targeting the older, priority areas identified by our field-checking efforts—consistent with our claims and the Court's order. BLM slow-walked logging authorization from the N126 decision, beginning with the least controversial areas first, but as this litigation progressed, implementation speed increased and logging encroached into more controversial areas. Thus, this case entered an unusual drawn-out state, where BLM would slowly release small individual DNAs, which Cascadia would then field check to

gather on the ground data on the targeted areas, and then submit comments to the BLM on the actual conditions of the areas targeted for logging. This information was used internally to inform whether the preliminary injunction motion was warranted. And although some of the areas targeted did not warrant commercial logging, nothing authorized for sale in the individual DNAs rose to the level that we believed would warrant an injunctive motion or overlapped with any of the priority old-growth areas within the scope of the N126 broader decision. This implementation approach was likely a response to this ongoing litigation.

7.    We repeatedly attempted to confer with opposing counsel and gain more information about the scope and timeline of implementation at relevant junctures of this litigation, including while summary judgment briefing was pending before the Court, but Defendants kept their cards close, providing opaque and unhelpful responses. While this may be an arguably reasonable litigation strategy— potentially an effort to forestall Cascadia from filing emergency motions—employed by BLM and its counsel, it required Cascadia to remain proactive and perpetually ready to pursue emergency motions practices to forestall irreparable harm while this action was pending. Accordingly, whether Cascadia ultimately filed this motion has no bearing on whether it constitutes a reasonable expenditure of legal resources and attorney time. Given the information gaps, speed of implementation, and intensity of logging, it was necessary for Cascadia's attorneys to proactively work to protect its interests in this litigation and a reasonable response to BLM and its counsel's decisions and approach to litigation. This time was not unreasonable and otherwise provided the information and legal basis for later remedy and settlement-related discussion, positioning, and argument.

8.    Specifically, the work that went into the draft injunctive motion and memo, and the ongoing monitoring and the extensive proactive field checking that occurred during the course of this case was necessary and critical to Cascadia being able to

ultimately settle this case with BLM and Intervenor and do so in a timely fashion.

9. In total, BLM has authorized, including the areas stipulated to in settlement, less than 25% of the commercial logging authorized in the N126 decision. This figure also does not include any of the non-commercial hazardous fuels work which is not objectionable. Cascadia, through this litigation allowed BLM to proceed with commercial logging that was largely unobjectionable and did not impede any of the non-commercial restoration work. This permitted BLM to meet a "significant percentage" of its timber targets, but at the same time, this litigation prevented BLM from pursuing commercial logging in the more controversial areas authorized under the N126 decision. Ultimately, none of those high-priority areas were logged or will be logged under the settlement. This is a direct result of Cascadia's proactive litigation approach, such as with the PI-centric time that BLM now contests.

10. I declare under penalty of perjury that the foregoing is true and correct. 28 U.S.C. § 1746(2).

Executed on December 19, 2025.    /s/ Nicholas S. Cady
                                   Nicholas S. Cady

Second Declaration of Nicholas S. Cady, No. 6:22-cv-767-AA                              4

**Cady Timesheet N126 Landscape Project**

| Date | Services Rendered | Hours | Omit | Rate | Amount |
|---|---|---|---|---|---|
| 7/28/20 | Emails and meeting with Cascadia staff re N126 project evolution and DNAs and litigation options and approach [1.5]; review of N126 EA [.9] | 2.4 | | $440 | $1,056.00 |
| 8/4/20 | Meeting with attorney re N126 litigation assistance [.8]; meet with Cascadia staff re N126, field checking, litigation, protest [.4] | 1.2 | | $440 | $528.00 |
| 8/5//2020 | Review of N126 EA and comments [2.6] | 2.6 | | $440 | $1,144.00 |
| 8/12/20 | Emails and meeting with Cascadia staff re N126 and next steps [.6]; review N126 Decision and FONSI [.4] | 1.0 | | $440 | $440.00 |
| 8/17/20 | Emails with Walton community members concerned with project [.1] | 0.1 | | $440 | $44.00 |
| 8/18/20 | Emails with Cascadia staff and Oregon Wild re N126 next steps, how to approach DNAs [.2] | 0.2 | | $440 | $88.00 |
| 8/20/20 | Emails and meeting with Cascadia staff re N126 decision and administrative protest [.3]; review N126 EA and FONSI to identify potential legal claims [2.5]; <span style="color:red">drafting administrative protest laying out potential legal claims [4]</span> | 6.8 | 4.0 | $440 | $1,232.00 |
| 8/24/20 | Meet with legal intern re research for potential claims N126 [.4]; <span style="color:red">drafting protest and further review of N126 EA and supporting documents [1.2]</span>; review field checking photos and data [.4]; emails and calls with Cascadia staff re field data [.2] | 2.2 | 1.2 | $440 | $440.00 |
| 8/25/20 | Meetings and emails re field checking and priority units in N126 area [1.2]; emails with WELC re decision and litigaiton potential, claims, need for experts, and RMP modeling [.4]; detailed review of N126 documents [3.2]; emails with potential clients re N126 decision [.1]; emails with Oregon Wild re N126 analysis and assumptions [.2]; emails with Cascadia staff re field checking and dropped units [.1]; meeting with legal intern re legal research needs for N126 claim development [.4]; outlining legal claims [4.8] | 10.4 | | $440 | $4,576.00 |

**Cady Timesheet N126 Landscape Project**

| Date | Description | | Hours | Rate | Total |
|---|---|---|---|---|---|
| 8/26/20 | Review of N126 NEPA documents and RMP docs [1.6]; emails with legal intern re research project RMP [.1]; outlining legal claims [.4]; emails with Oregon Wild re potential claims, issues for adminsitrative protest [.1]; <span style="color:red">drafting administrative protest [3.2]</span> | 5.4 | 3.2 | $440 | $968.00 |
| 8/27/20 | <span style="color:red">Drafting administrative protest [2.1]; emails with intern, Oregon Wild, and field checkers re details for protest [.4];</span> LSR RMP notes from Intern review [.2]; further emails with legal intern and field checking info [.1]; <span style="color:red">drafting protest [.3]; email to clients administrative protest draft [.1]</span> | 3.2 | 2.9 | $440 | $132.00 |
| 8/28/20 | <span style="color:red">Finalizing protest from client feedback and claims; further coordination with outside counsel [1.1]; emails with clients and submission of protest [.1]</span> | 1.2 | 1.2 | $440 | $0.00 |
| 8/31/20 | Emails with fieldcheckers and field data on areas dropped/remaining [.2] | 0.2 | | $440 | $88.00 |
| 9/3/20 | Emails/call with Mellgren re protest and potential claims [.1] | 0.1 | | $440 | $44.00 |
| 9/9/20 | Emails/meeting with legal intern, studies relevant to legal claim development, legal memo assignment [.4] | 0.4 | | $440 | $176.00 |
| 9/21/20 | Meeting and follow up emails on field checking need N126 [.3] | 0.3 | | $440 | $132.00 |
| 10/2/20 | Emails and call with WELC re legal claims N126 and potential experts [.5] | 0.5 | | $440 | $220.00 |
| 3/2/21 | Meetings and emails with Cascadia staff re N126 project, pending appeal deadline, litigation potential [1.3]; review of N126 EA [1.4]; meet with Cascadia staff to discuss appeal [.2] | 2.9 | | $455 | $1,319.50 |
| 3/17/21 | Emails re N126 appeal and request for stay, draft and claim feedback [.1] | 0.1 | | $455 | $45.50 |
| 4/18/21 | Drafting litigation memo outlining claims and record support [3.6]; emails with WELC re claims and relevant recent briefing [.1] | 3.7 | | $455 | $1,683.50 |

**Cady Timesheet N126 Landscape Project**

| Date | Description | Hours | Rate | Total |
|---|---|---|---|---|
| 4/19/21 | Emails re IBLA denial and next steps for litigation [.1]; drafting lit memo [1.2] | 1.3 | $455 | $591.50 |
| 4/21/21 | Emails with legal interns re NEPA regulations and caselaw for N126 [.1]; emails with Oregon Wild and attorneys re BiOp and potential claims [.1] | 0.2 | $455 | $91.00 |
| 5/26/21 | Emails and meeting re Pucker Up and DNAs approach and condition based NEPA [.3]; review DNA materials [.4] | 0.7 | $455 | $318.50 |
| 5/27/21 | Meet with legal intern re complaint drafting assignment, email relevant materials [.5]; reviewing and revising litigation memo [.7] | 1.2 | $455 | $546.00 |
| 6/2/21 | Emails with legal intern re complaint draft [.1]; editing complaint draft [.5]; call with Marty re draft and next steps [.1] | 0.7 | $455 | $318.50 |
| 6/3/21 | Working on complaint with Marty, emails and edits [1.7] | 1.7 | $455 | $773.50 |
| 6/7/21 | Emails and review of intial of claim draft with Marty [.5] | 0.5 | $455 | $227.50 |
| 6/11/21 | Emails and edits with Marty on complaint [.6] | 0.6 | $455 | $273.00 |
| 6/14/21 | Review of complaint draft, edits and comments to Marty [.8]; emails with Marty re edits [.1]; email from Marty with revised draft [.1] | 1.0 | $455 | $455.00 |
| 6/16/21 | Review of draft, emails with Marty and Mellgren complaint [.5] | 0.5 | $455 | $227.50 |
| 6/18/21 | Emails, calls with clients and attorneys on complaint draft, edits [.2] | 0.2 | $455 | $91.00 |
| 7/13/21 | Email from client complaint with edits [.1]; meet with staff re complaint and field checking updates and DNA updates [.1] | 0.2 | $455 | $91.00 |
| 7/22/21 | Emails re Barta declaration and needs [.3] | 0.3 | $455 | $136.50 |
| 7/28/21 | Emails and edits to Barta declaration [.6] | 0.6 | $455 | $273.00 |
| 8/3/21 | Reviewing complaint draft, drafting litigation memo, claims with record support [3.8]; emails with clients and attorneys re lit memo and claim workup [.1] | 3.9 | $455 | $1,774.50 |
| 8/26/21 | Editing latest complaint draft [3.1] | 3.1 | $455 | $1,410.50 |
| 8/27/21 | Editing complaint and email latest draft to clients [4.2] | 4.2 | $455 | $1,911.00 |
| 9/9/21 | Emails with clients and Mellgren re latest complaint draft [.1] | 0.1 | $455 | $45.50 |

**Cady Timesheet N126 Landscape Project**

| Date | Description | Hours | | Rate | Total |
|---|---|---|---|---|---|
| 9/28/21 | Emails with clients re N126 thinning units and field checking needs [.1] | 0.1 | | $455 | $45.50 |
| 11/11/21 | Emails and calls with Crag law center re potential representation [.2] | 0.2 | | $455 | $91.00 |
| 11/16/21 | Emails and calls with Crag re N126 case [.1] | 0.1 | | $455 | $45.50 |
| 11/18/21 | Review submitted comments on Gone Fishin' [.3]; emails with attorneys on representation [.1] | 0.4 | | $455 | $182.00 |
| 12/9/21 | Emails and calls with potential counsel, sharing relevant drafts and documents [.2] | 0.2 | | $455 | $91.00 |
| 12/10/21 | Emails re potential claims N126 [.1] | 0.1 | | $455 | $45.50 |
| 1/12/22 | Meeting discusses N126 case, next steps, claims, representation [.6]; emailing relevant documents follow up [.1] | 0.7 | | $470 | $329.00 |
| 2/21/22 | Emails with WELC re complaint status [.1] | 0.1 | | $470 | $47.00 |
| 2/22/22 | Emails with WELC relevant IBLA documents and orders [.1] | 0.1 | | $470 | $47.00 |
| 4/26/22 | Calls and emails with attorney re complaint, claims, and timing [.1] | 0.1 | | $470 | $47.00 |
| 5/2/22 | Meeting N126 next steps [.7] | 0.7 | | $470 | $329.00 |
| 5/12/22 | Email from WELC complaint draft; review and edits [3.2] | 3.2 | | $470 | $1,504.00 |
| 5/18/22 | Editing complaint and sending revised draft [2.5] | 2.5 | | $470 | $1,175.00 |
| 5/19/22 | Call and emails with clients and WELC attorneys re plan for complaint filing and edits [.1] | 0.1 | | $470 | $47.00 |
| 5/20/22 | Emails with WELC and staff re complaint review and filing [.1] | 0.1 | | $470 | $47.00 |
| 5/23/22 | Emails with co-counsel re complaint final edits and details [.2] | 0.2 | | $470 | $94.00 |
| 5/25/22 | Email from Mellgren filed complaint, brief review filed version [.4] | 0.4 | | $470 | $188.00 |
| 7/8/22 | Emails with SJ on attorney switch at WELC [.1] | 0.1 | | $470 | $47.00 |
| 8/18/22 | Emails re schedule and DOJ aappearence [.1] | 0.1 | | $470 | $47.00 |
| 8/18/22 | Emails and call with SJ re schedule and briefing [.1] | 0.1 | | $470 | $47.00 |
| 9/1/22 | Email from SJ with schedule; review [.1] | 0.1 | | $470 | $47.00 |
| 10/25/22 | Emails with WELC re representation, DNA documents, and FOIA results [.1] | 0.1 | | $470 | $47.00 |

**Cady Timesheet N126 Landscape Project**

| Date | Description | Hours | | Rate | Total |
|---|---|---|---|---|---|
| 12/13/22 | Meeting with WELC re AR and claims [1.2]; emails with WELC relevant field checking notes, litigation memo notes [.2] | 1.4 | | $470 | $658.00 |
| 12/16/22 | Emails with WELC re claims and amendment [.2] | 0.2 | | $470 | $94.00 |
| 12/17/22 | Email to WELC re claims and record backing and reason to not amend, relevant documents, briefing [1.5] | 1.5 | | $470 | $705.00 |
| 12/19/22 | Follow up emails re amendment thoughts [.1] | 0.1 | | $470 | $47.00 |
| 12/22/22 | Emails with DOJ re record scope [.1] | 0.1 | | $470 | $47.00 |
| 1/6/23 | Emails with WELC; DOJ re AR; deadwood, and amended complaint [.1] | 0.1 | | $485 | $48.50 |
| 1/10/23 | Emails re amended complaint [.1] | 0.1 | | $485 | $48.50 |
| 1/30/23 | Emails and call with WELC re response to motion to amend, reelvant briefing, and caselaw [.3] | 0.3 | | $485 | $145.50 |
| 2/8/23 | Email from WELC reply to motion draft and review [.4] | 0.4 | | $485 | $194.00 |
| 2/12/23 | Review filed reply [.6] | 0.6 | | $485 | $291.00 |
| 3/10/23 | Meeting and emails with clients re N126 projects, logging, PI need [.9]; DNA review [2.3] | 3.2 | | $485 | $1,552.00 |
| 4/5/23 | Emails with Oregon Wild re new DNAs and next steps [.1] | 0.1 | | $485 | $48.50 |
| 4/18/23 | Calls/emails with clients and WELC re representation for case [.4] | 0.4 | | $485 | $194.00 |
| 5/8/23 | Emails with staff and concerned members re N126 logging, maps and next steps [.2] | 0.2 | | $485 | $97.00 |
| 5/12/23 | Meeting and emails and calls with concerned members, neighbors N126 units and PI [2.4] | 2.4 | | $485 | $1,164.00 |
| 5/22/23 | Calls and emails with Oregon Wild and WELC re representation, N126 [.1] | 0.1 | | $485 | $48.50 |
| 5/31/23 | Drafting comments, edits to Cefir DNA, concerning areas [1.3] | 1.3 | | $485 | $630.50 |
| 8/15/23 | Meeting with staff re N126, potential PI need and ground truthing imminent logging [.7] | 0.7 | | $485 | $339.50 |
| 8/31/23 | Call with WELC, emails and notes re logging N126, PI need, field data review [2.3] | 2.3 | | $485 | $1,115.50 |

**Cady Timesheet N126 Landscape Project**

| Date | Description | Hours | Rate | Total |
|---|---|---|---|---|
| 9/1/23 | Emails with WELC and clients re amendment motion and next steps [.2] | 0.2 | $485 | $97.00 |
| 9/7/23 | Email and edits with Oregon Wild re withdrawal motion [.3]; emails with WELC re PI need [.1] | 0.4 | $485 | $194.00 |
| 9/13/23 | Notes re King Condon, review of field documents [.5]; emails with clients re PI [.2] | 0.7 | $485 | $339.50 |
| 9/19/23 | Emails with WELC and clients re PI and King Condon [.2] | 0.2 | $485 | $97.00 |
| 11/3/23 | Emails with WELC and DOJ re schedule and intervention; calls timing and position [.4] | 0.4 | $485 | $194.00 |
| 11/29/23 | Emails with WELC and clients re N126 next steps, PI need, opening brief draft [.1] | 0.1 | $485 | $48.50 |
| 1/19/24 | Emails re opening brief draft and declarations [.1] | 0.1 | $500 | $50.00 |
| 1/31/24 | Meet with Peter re N126 [.3]; emails declarations for N126 [.1] | 0.4 | $500 | $200.00 |
| 2/1/24 | Email from Sangye N126 opening brief draft aand review [.6]; meet with Peter re brief editing [.3] | 0.9 | $500 | $450.00 |
| 2/3/24 | Emails with attorneys drafts of opening brief, and editing brief [4.2] | 4.2 | $500 | $2,100.00 |
| 2/4/24 | Editing brief, email draft and suggestions for major revisions [.8]; call with Peter re draft [.4] | 1.2 | $500 | $600.00 |
| 2/5/24 | Emails with co-counsel re brief draft, consistent arguments between cases [.1] | 0.1 | $500 | $50.00 |
| 2/6/24 | Email from WELC re declaration edits/review [.2] | 0.2 | $500 | $100.00 |
| 2/7/24 | Emails with WELC re declarations and claim support [.1] | 0.1 | $500 | $50.00 |
| 4/9/24 | Emails with WELC re IVM argument and PI need for N126 [.1] | 0.1 | $500 | $50.00 |
| 4/15/24 | Emails and call with property owners adjacent to N126 units to inform PI [.3]; emails with WELC re implementation timeline and status [.1]; emails with clients re field checking needs imminent logging [.1] | 0.5 | $500 | $250.00 |

**Cady Timesheet N126 Landscape Project**

| Date | Description | Hours | | Rate | Total |
|---|---|---|---|---|---|
| 4/16/24 | Emails with clients, members, and WELC re PI and need to confer [.1] | 0.1 | | $500 | $50.00 |
| 4/17/24 | Call with WELC re PI, next steps [.5] | 0.5 | | $500 | $250.00 |
| 5/7/24 | Emails with WELC re reply brief and reading DOJ response [2.1] | 2.1 | | $500 | $1,050.00 |
| 5/9/24 | Email to WELC PI declaration recent logging documentation [.1]; meeting with counsel PI, tasks [.4] | 0.5 | | $500 | $250.00 |
| 5/14/24 | Meeting with WELC re N126 PI need and plan [1] | 1.0 | | $500 | $500.00 |
| 5/21/24 | Emails with Peter and WELC PI needs, drafts of relevant docs; AR materials [.3] | 0.3 | | $500 | $150.00 |
| 5/29/24 | Reviewing draft declarations re on the ground implementation N126 [.6] | 0.6 | | $500 | $300.00 |
| 6/6/24 | Editing PI motion and memo draft; emails re drafts with co-counsel [2.7] | 2.7 | | $500 | $1,350.00 |
| 6/9/24 | Review filed MSJ reply; and emails with Peter re arguments [.9] | 0.9 | | $500 | $450.00 |
| 6/16/24 | Emails with WELC re represntatoin, PI next steps, waiting on IVM[.1] | 0.1 | | $500 | $50.00 |
| 6/27/24 | Call with WELC re representation [.6] | 0.6 | | $500 | $300.00 |
| 8/12/24 | Emails with Peter re N126 begin argument prep, assembling docs [.2] | 0.2 | | $500 | $100.00 |
| 9/27/24 | Emails with staff re electric crossing, field checking needs [.1]; DNA review [.7] | 0.8 | | $500 | $400.00 |
| 11/7/24 | Emails with WELC re representation and argument plan [.1] | 0.1 | | $500 | $50.00 |
| 3/31/25 | Review Order; emails to co-counsel [.6] | 0.6 | | $515 | $309.00 |
| 4/1/25 | Review Order in detail, remedy discussion with staff [1.9]; calls with co-counsel re next steps [.2] | 2.1 | | $515 | $1,081.50 |
| 4/3/25 | Emails and calls re remedy conferral [.7] | 0.7 | | $515 | $360.50 |
| 4/7/25 | Emails and calls with DOJ and co-counsel; staff needs re remedy conferral [.3]; drafting remedy brief [3.9] | 4.2 | | $515 | $2,163.00 |

**Cady Timesheet N126 Landscape Project**

| Date | Description | Hours | | Rate | Total |
|---|---|---|---|---|---|
| 4/8/25 | Call with Peter re remedy brief needs, declarations, and conferral [.3] | 0.3 | | $515 | $154.50 |
| 4/9/25 | Emails with staff and DOJ re reemdy settlement needs N126 [.1] | 0.1 | | $515 | $51.50 |
| 4/14/25 | Email from DOJ with maps 2025 projects; calls and emails with Cascadia staff field needs [.4] | 0.4 | | $515 | $206.00 |
| 4/15/25 | Email to DOJ re concerns re vacatur [.1] | 0.1 | | $515 | $51.50 |
| 4/21/25 | Calls with staff re N126 field checking [.2]; review field checking info and N126 docs [2.1]; conferral with DOJ and Intervenors re settlement [.3] | 2.6 | | $515 | $1,339.00 |
| 4/22/25 | Email from DOJ re proposed stipulation; review of stipulation [.8]; calls with colleagues re stip provision questions [.3]; edits to stipulation [.4]; email to WELC proposed edits and reasonings [.1] | 0.1 | | $515 | $51.50 |
| 4/23/25 | Emails with WELC re stip [.1]; email from colleague re stipulation langauge and potential concerns [.1]; edits to stip [.2]; emails to WELC re updated draft and reasoning, need for call [.1]; call with WELC re stipulation [.3]; email DOJ proposed stip [.1]; email/calls with Oregon Wild re stip [.1] | 0.1 | | $515 | $51.50 |
| 4/24/25 | Email from DOJ with edits to stip; review [.1]; emails with WELC re edits [.1]; emails with DOJ re final edits and approval and Intervenor [.1] | 0.1 | | $515 | $51.50 |
| 4/25/25 | Emails with DOJ and Sara approving stip [.1] | 0.1 | | $515 | $51.50 |
| 4/28/25 | Emails with Intervenor and DOJ re approval and filing [.1] | 0.1 | | $515 | $51.50 |
| 4/29/25 | Filing of stipulation remedy, review [.1] | 0.1 | | $515 | $51.50 |
| 5/9/25 | Emails with the Court re status conference [.1] | 0.1 | | $515 | $51.50 |
| 5/13/25 | Status Conference | 0.2 | | $515 | $103.00 |
| 5/15/25 | Emails with co-counsel re settlement and status conference, questions re EAJA petition given DOJ representations that fee settlement would be impossible [.3]; emails with colleagues potential fee experts, petition needs [.1] | 0.4 | | $515 | $206.00 |

**Cady Timesheet N126 Landscape Project**

| Date | Description | Hours | | Rate | Total |
|---|---|---|---|---|---|
| 6/12/25 | Emails with colleagues and co-counsel re judgment and fee petition timing and briefing plan [.1]; drafting fee declaration [1.2]; editing timesheet [.3]; call with Kruse re supporting fee declaration and timing [.1]; email materials and outstanding task list to co-counsel [.1] | 1.7 | | $515 | $875.50 |
| 7/1/25 | Emails with co-counsel re timing EAJA materials, DOJ requests [.1] | 0.1 | | $515 | $51.50 |
| 7/9/25 | Emails with co-counsel re final petition needs [.2]; calls with Peter re declaration needs, templates [.1] | 0.3 | | $515 | $154.50 |
| 8/18/25 | Emails with co-counsel re DOJ settlement desire, new timeline [.1] | 0.1 | | $515 | $51.50 |
| 8/20/25 | Email with DOJ fee settlement offer [.1]; calls and messages re lowball offer [.1] | 0.1 | | $515 | $51.50 |
| 9/22/25 | Emails re rejection of BLM's offer [.1] | 0.1 | | $515 | $51.50 |
| 10/3/25 | Emails re settlement deadline and shutdown, proposed schedule [.1] | 0.1 | | $515 | $51.50 |
| 11/24/25 | Emails and calls re DOJ extension request and position [.1] | 0.1 | | $515 | $51.50 |
| 12/2/25 | Review of DOJ EAJA response [.9]; review of stipulaiton [.1]; email to co-counsel outlining stipulation violation by DOJ, declaration need [.1] | 1.1 | | $515 | $566.50 |
| 12/11/25 | Drafting second declaration re stipulation, response to DOJ arguments [.4]; emails to co-counsel with declaration, other potential inclusions [.1] | 0.5 | | $515 | $257.50 |
| 12/12/25 | Email from co-counsel requesting briefing assistance [.1]; review DOJ response [.6]; researching fee caselaw [2.2]; drafting decl and response [1.7] | 4.6 | | $515 | $2,369.00 |
| 12/15/25 | Drafting declaration [.3]; drafting response arguments [1.4]; caselaw research [.8]; drafting response [2] | 4.7 | | $515 | $2,420.50 |
| | | | | | |

**Cady Timesheet N126 Landscape Project**

|   | | | | |
|---|---|---|---|---|
| | **Fee Proceedings Total** | 13.9 | 0.0 | $7,158.50 |
| | | | | |
| | **Total** | 137.4 | 12.5 | $59,427.50 |