**Uwaine Timesheet N126 Landscape Project**

| Date | Attorney | Description | Rate | Time | Omit | Amount |
|---|---|---|---|---|---|---|
| 9/20/23 | Uwaine | Review field notes/photos and documents from field check [.5] | 244.62 | 0.50 | 0.50 | - |
| 9/20/23 | Uwaine | TC Cascadia Wildlands and Ince-Johannsen re field check and further case plans [.5] | 244.62 | 0.50 | | 122.31 |
| 10/20/23 | Uwaine | Review N126 folder from Ince-Johannsen re administrative record [4.7] | 244.62 | 4.70 | | 1,149.71 |
| 10/24/23 | Uwaine | Look through subfolders and documents within Ince-Johannsen's N126 case folder to get up to speed on what case is about [3.0] | 244.62 | 3.00 | | 733.86 |
| 10/26/23 | Uwaine | Read N126 complaint [1.3]; read N126 answer [0.9] | 244.62 | 2.20 | | 538.16 |
| 10/27/23 | Uwaine | Read new matter form, research memos. and other attorney work product [2.2]; jot down and organize notes on above documents [1.6] | 244.62 | 3.80 | | 929.56 |
| 11/2/23 | Uwaine | Read Cascadia Wildlands v. Adcock complaint and briefing re NEPA and ESA claims in preparation for N126 briefing [3.0] | 244.62 | 3.00 | | 733.86 |
| 1/19/24 | Uwaine | Review Amended Complaint and Answer in preparation for drafting opening brief [1.5] | 251.84 | 1.50 | | 377.76 |
| 1/22/24 | Uwaine | Read through Amended Complaint and annotate/make notes [2.5] | 251.84 | 2.50 | 2.50 | - |
| 1/22/24 | Uwaine | Read Defendant's Answer [0.7] | 251.84 | 0.70 | | 176.29 |
| 1/23/24 | Uwaine | Read AFRC Intervenor's Answer [0.4]; Start reading EA [0.7] | 251.84 | 1.10 | | 277.02 |
| 1/23/24 | Uwaine | Meeting with Ince-Johannsen re next steps for drafting MSJ and timeline [0.4]; Review working draft and notes of MSJ [1.7]; Re-organize working draft and create cover page for memo in support of MSJ [1.0]; Begin drafting/editing draft of MSJ [1.2] | 251.84 | 4.30 | 1.00 | 831.07 |
| 1/23/24 | Uwaine | Continue editing working MSJ draft [0.5] | 251.84 | 0.50 | | 125.92 |
| 1/23/24 | Uwaine | Meeting with Ince-Johannsen re division of work on draft brief, thoughts on arguments, structure of brief, relevant/irrelevant sections, etc. [0.4] | 251.84 | 0.40 | | 100.74 |

**Uwaine Timesheet N126 Landscape Project**

| Date | Attorney | Description | Rate | Time | Omit | Amount |
|---|---|---|---|---|---|---|
| 1/24/24 | Uwaine | Read Cascadia Wildlands v. Adcock MSJ and take notes (concurrent timber sale with N126 project, so review framing of arguments, organization, etc.) [1.4] | 251.84 | 1.40 | | 352.58 |
| 1/24/24 | Uwaine | Start to review N126 EA in Administrative Record [0.4] | 251.84 | 0.40 | | 100.74 |
| 1/24/24 | Uwaine | Re-organize structure of NEPA "hard look" effects section [1.1]; start to draft cumulative effects re sedimentation argument section of MSJ [1.1]; continue drafting/figuring out structure for cumulative impacts argument [0.8] | 251.84 | 3.00 | | 755.52 |
| 1/24/24 | Uwaine | TC Ince-Johannsen re sedimentation cumulative impacts argument for MSJ [0.5] | 251.84 | 0.50 | | 125.92 |
| 1/25/24 | Uwaine | Re-work cumulative effects argument (previously focused on cumulative effects in relation to sedimentation, changed focus to cumulative effects in relation to 3 other logging projects in the N126 area) [3.8] | 251.84 | 3.80 | | 956.99 |
| 1/25/24 | Uwaine | Read through N126 EA and take notes in margin for citations, arguments, facts, etc. in brief [3.0] | 251.84 | 3.00 | | 755.52 |
| 1/26/24 | Uwaine | Review Siuslaw HLB Brief arguments re cumulative effects [0.8]; Find Siuslaw HLB Project EA online and read through to find necessary information re overlap with N126 Project [2.7]; Find citations for N126 Brief from Siuslaw HLB Project EA [1.4] | 251.84 | 4.90 | | 1,234.02 |
| 1/26/24 | Uwaine | Continue working on draft "cumulative effects" argument section for brief (fix citations, add information from EAs into draft, comments in margin re whether Driftwood Creek Project argument fit better in "failure to prepare EIS" section of brief [3.5] | 251.84 | 3.50 | | 881.44 |
| 1/27/24 | Uwaine | Finish editing, drafting, organizing Section C "cumulative effects" argument in brief and send to Ince-Johannsen for review [2.7] | 251.84 | 2.70 | | 679.97 |
| 1/27/24 | Uwaine | Finish editing and adding more analysis to section C "cumulative effects" argument in brief [1.5] | 251.84 | 1.50 | | 377.76 |

**Uwaine Timesheet N126 Landscape Project**

| Date | Attorney | Description | Rate | Time | Omit | Amount |
|---|---|---|---|---|---|---|
| 1/29/24 | Uwaine | Read, review, and consider feedback from McMillan re draft brief [3.1] | 251.84 | 3.10 | | 780.70 |
| 1/29/24 | Uwaine | Weekly check-in meeting with McMillan [0.8] | 251.84 | 0.80 | 0.80 | - |
| 1/29/24 | Uwaine | Continue drafting "Introduction" section for brief [1.0] | 251.84 | 1.00 | | 251.84 |
| 1/29/24 | Uwaine | Continue making edits to draft brief [0.4] | 251.84 | 0.40 | | 100.74 |
| 1/30/24 | Uwaine | Start to make edits to working draft of brief [0.4]; Start to draft Introduction section [1.0] | 251.84 | 1.40 | | 352.58 |
| 1/30/24 | Uwaine | Continue drafting Introduction section, finalize Introduction section, find citations for Introduction section [2.1] | 251.84 | 2.10 | | 528.86 |
| 1/30/24 | Uwaine | Start to find missing citations in AR for brief [1.2] | 251.84 | 1.20 | | 302.21 |
| 1/30/24 | Uwaine | Create caption sheet for brief [0.5] | 251.84 | 0.50 | 0.50 | - |
| 1/31/24 | Uwaine | Find and read case Frost recommended (previous successful logging case brought by WELC) [0.4] | 251.84 | 0.40 | | 100.74 |
| 1/31/24 | Uwaine | Continue finding cites in AR and editing citations in brief [0.7] | 251.84 | 0.70 | | 176.29 |
| 1/31/24 | Uwaine | Work on draft brief with Ince-Johannsen on shared Word doc (going through document, fixing citations, finding citations, editing arguments, researching questions, considering comments and feedback from McMillan, re-organizing structure of brief, etc.) [3.7]; Consider whether to drop/keep explanation of sedimentation cumulative impacts analysis and try to find missing cites [0.4] | 251.84 | 4.10 | | 1,032.54 |
| 2/1/24 | Uwaine | Read updated version of brief sent to clients [0.8] | 251.84 | 0.80 | | 201.47 |
| 2/6/24 | Uwaine | Review feedback from Cascadia on opening brief draft [0.9] | 251.84 | 0.90 | | 226.66 |
| 2/6/24 | Uwaine | Review Siuslaw HLB brief re "cumulative effects analysis" argument [0.5]; start to make edits/answer questions on opening brief draft based off of client's comments [2.4]; begin reviewing AR to find missing facts [1.2] | 251.84 | 4.10 | | 1,032.54 |

## Uwaine Timesheet N126 Landscape Project

| Date | Attorney | Description | Rate | Time | Omit | Amount |
|---|---|---|---|---|---|---|
| 2/7/24 | Uwaine | Continue to work on opening brief in shared word doc: read 6 cases cited in Suislaw HLB string cite re when courts have held failure to consider other timber projects in area is failure to conduct cumulative effects analysis under NEPA [2.5]; re-write/re-structure cumulative effects argument section according to client's comments so discussion about Siuslaw HLB project is first, add more caselaw support [3.1] | 251.84 | 5.60 | | 1,410.30 |
| 2/7/24 | Uwaine | Chat with Frost re whether to use string cites in brief and previous case we lost on cumulative effects of other timber projects [0.1] | 251.84 | 0.10 | 0.10 | - |
| 2/7/24 | Uwaine | Email discussion with Bishop re previous case lost on cumulative effects issue, what N126 situation is, how best to structure argument, East Paradise brief as example to use, cases to emphasize, etc. [0.4] | 251.84 | 0.40 | | 100.74 |
| 2/7/24 | Uwaine | Continue working on shared Word doc (opening brief) with Ince-Johannsen: resolving comments/questions from clients, finding citations, fixing organization of arguments, finding caselaw, etc. [1.3] | 251.84 | 1.30 | | 327.39 |
| 2/8/24 | Uwaine | Review updates/changes on shared Word doc (opening brief) [0.4] | 251.84 | 0.40 | | 100.74 |
| 2/8/24 | Uwaine | Researching whether there's any caselaw/fed. reg. re "likely adversely to affect" and net conservation benefit [2.4]; Read through AR to find any information about current road conditions and what road renovation/construction will look like in N126 project area [1.8]; Look up Local Rules to make sure brief is in compliance and not missing anything [0.4] | 251.84 | 4.60 | 0.40 | 1,057.73 |
| 2/9/24 | Uwaine | Review edits/changes from Ince-Johannsen on shared Word doc [0.3]; Respond to comment re other effects due to road construction in AR [0.3] | 251.84 | 0.60 | | 151.10 |
| 2/9/24 | Uwaine | Check Local Rules to see whether Judge Aiken/District Court of Oregon requires hyperlinks in Tables [0.5] | 251.84 | 0.50 | 0.50 | - |

**Uwaine Timesheet N126 Landscape Project**

| Date | Attorney | Description | Rate | Time | Omit | Amount |
|---|---|---|---|---|---|---|
| 2/9/24 | Uwaine | Do thorough check of all case, statute, federal register, and regulations citations within brief (as well as grammar, spelling, etc. throughout brief) [4.8]; Continue working in shared Word doc with Ince-Johannsen, responding to each other's comments and questions, as well as doing any last minute research [1.4] | 251.84 | 6.20 | | 1,561.41 |
| 2/9/24 | Uwaine | Answer last minute questions and comments from Ince-Johannsen and do Certificate of Compliance prior to filing brief [0.7] | 251.84 | 0.70 | 0.70 | - |
| 4/11/24 | Uwaine | Read Siuslaw findings and recommendations opinion from Magistrate Kasubhai [1.7] | 251.84 | 1.70 | | 428.13 |
| 4/12/24 | Uwaine | Review findings and recommendations in Siuslaw HLB case to see how Magistrate Kasubhai ruled on arguments that are similar to ones made in N126 case [1.4]; take notes and review N126 summary judgment brief to see how we framed arguments [1.7] | 251.84 | 3.10 | 1.40 | 428.13 |
| 4/16/24 | Uwaine | Read N126 emails from Ince-Johannsen and Cascadia Wildlands re updates, next steps [0.2] | 251.84 | 0.20 | 0.20 | - |
| 4/17/24 | Uwaine | Meeting with Ince-Johannsen and Cascadia Wildlands re N126 next steps and updates [0.3] | 251.84 | 0.30 | | 75.55 |
| 4/24/24 | Uwaine | Research what BLM's authority is to stop logging in a timber sale that it has already awarded and if it has authority, whether it is limited to the context of a court order [3.4] | 251.84 | 3.40 | | 856.26 |
| 4/25/24 | Uwaine | Look up case history to see what deadlines were for supplementing AR, read Plaintiff motion to amend complaint and government's response re AR challenges and to see if government represented that it would have to update the AR in light of Plaintiff's cumulative effects claim [1.6] | 251.84 | 1.60 | | 402.94 |
| 4/29/24 | Uwaine | Research local rules re judicial notice/evidentiary challenges [0.6] | 251.84 | 0.60 | | 151.10 |

**Uwaine Timesheet N126 Landscape Project**

| Date | Attorney | Description | Rate | Time | Omit | Amount |
|---|---|---|---|---|---|---|
| 4/29/24 | Uwaine | Research caselaw re judicial notice challenges and when party can ask Court to take judicial notice of docs not in AR [2.3] | 251.84 | 2.30 | | 579.23 |
| 4/29/24 | Uwaine | Start to research NEPA caselaw re court taking judicial notice of docs related to separate project that agency didn't consider in current project's EA (i.e., asking Court to take judicial notice of docs related to supplemental project that agency didn't consider isn't violation of record rule) [0.5] | 251.84 | 0.50 | | 125.92 |
| 4/29/24 | Uwaine | Research NEPA caselaw re judicial notice and not analyzing another project in cumulative effects analysis [0.5] | 251.84 | 0.50 | | 125.92 |
| 4/30/24 | Uwaine | Read law review article from Sarah on Teams re exceptions to administrative record review rule [0.4] | 251.84 | 0.40 | | 100.74 |
| 4/30/24 | Uwaine | Look up whether Siuslaw HLB Project was published in Federal Register [0.9] | 251.84 | 0.90 | | 226.66 |
| 4/30/24 | Uwaine | Read Reply ISO Motion for Judicial Notice from previous WELC case for language and caselaw re judicial notice of contents of Federal Register [0.6] | 251.84 | 0.60 | | 151.10 |
| 4/30/24 | Uwaine | Read BLM's cross motion for summary judgment [2.5] | 251.84 | 2.50 | | 629.60 |
| 4/30/24 | Uwaine | Take notes on BLM's cross motion, highlight points that need to be addressed and things to check in AR and caselaw [1.8] | 251.84 | 1.80 | | 453.31 |
| 5/1/24 | Uwaine | Continue reviewing BLM cross-motion, taking notes, and outlining how to respond to arguments [3.5] | 251.84 | 3.50 | | 881.44 |
| 5/1/24 | Uwaine | Discussion with Ince-Johannsen re next steps, whether to move for a PI or expedited case hearing, review local rules re timing for PI, and how to respond to judicial notice objection [0.7] | 251.84 | 0.70 | | 176.29 |

Uwaine Timesheet N126 Landscape Project

| Date | Attorney | Description | Rate | Time | Omit | Amount |
|---|---|---|---|---|---|---|
| 5/2/24 | Uwaine | Review DOJ's cross-motion and continue to take notes/highlight arguments that need to be addressed [2.5]; Look back through case history (our motion to stay proceedings pending ruling on whether to amend complaint) and review citation on pg. 11 of DOJ's brief re allowing logging to continue for duration of case [0.6] | 251.84 | 3.10 | | 780.70 |
| 5/6/24 | Uwaine | Chat with Ince-Johannsen re DOJ's citation to motion to stay proceedings on pg. 11 and how he reads the language used [0.1]; re-read motion to stay proceedings to make sure interpretation of language DOJ cited to was in the context of the stay period rather than the entire duration of the case [0.2] | 251.84 | 0.30 | | 75.55 |
| 5/6/24 | Uwaine | Start to read AFRC (defendant-intervenor) cross-motion for summary judgment [0.9] | 251.84 | 0.90 | | 226.66 |
| 5/7/24 | Uwaine | Finish reading AFRC's cross-motion for summary judgment and taking notes [2.0] | 251.84 | 2.00 | | 503.68 |
| 5/7/24 | Uwaine | Meeting with Ince-Johannsen and Frost re next steps on whether to file motion for a PI, debrief of Defendants' briefs, and plan moving forward of how to allocate work [1.1] | 251.84 | 1.10 | | 277.02 |
| 5/8/24 | Uwaine | Start outlining arguments/points to address, research etc. from DOJ's cross-motion brief in preparation for our reply brief, specifically the "cumulative effects" section [2.3] | 251.84 | 2.30 | | 579.23 |
| 5/9/24 | Uwaine | Continue outlining points/arguments to address, research, etc. from AFRC's cross-motion brief in preparation for our reply brief [3.9] | 251.84 | 3.90 | | 982.18 |
| 5/9/24 | Uwaine | Start reviewing past filings/citations from Defendants briefs [1.5] | 251.84 | 1.50 | | 377.76 |
| 5/10/24 | Uwaine | Research Ninth Cir. caselaw re what is considered "within the scale of the analysis" for a cumulative effects analysis of a project [3.4] | 251.84 | 3.40 | | 856.26 |
| 5/10/24 | Uwaine | Read draft declaration of Cowen from Cascadia Wildlands [0.3] | 251.84 | 0.30 | | 75.55 |

## Uwaine Timesheet N126 Landscape Project

| Date | Attorney | Description | Rate | Time | Omit | Amount |
|---|---|---|---|---|---|---|
| 5/10/24 | Uwaine | Read/review Magistrate Kasubhai's F&R from Siuslaw HLB case re waiver of claims and cumulative effects argument [1.8] | 251.84 | 1.80 | | 453.31 |
| 5/15/24 | Uwaine | Message Sangye on Teams re updates from meeting with client [0.1] | 251.84 | 0.10 | 0.10 | - |
| 5/16/24 | Uwaine | Chat with Ince-Johanssen re: recap on meeting with Cascadia on Tuesday (5/14) and next steps for Reply Brief/PI motion [0.2] | 251.84 | 0.20 | | 50.37 |
| 5/21/24 | Uwaine | Review cases cited in Siuslaw HLB F&R [0.8] | 251.84 | 0.80 | | 201.47 |
| 5/21/24 | Uwaine | Outline cumulative impacts section of brief [1.4] | 251.84 | 1.40 | | 352.58 |
| 5/22/24 | Uwaine | Start reviewing AR [3.3] | 251.84 | 3.30 | | 831.07 |
| 5/23/24 | Uwaine | Start to fill in/flesh out arguments in cumulative impacts outline with cites to caselaw, notes to AR cites, etc. [4.0]; figure out which arguments to cut/expand on (i.e., creating more balanced outline of addressing arguments made in Defendants' response brief while also emphasizing our main arguments) [1.5]; review Siuslaw HLB F&R (pulling out good case citations, focusing on Mag. Kasubhai's points that are helpful to us) [1.3] | 251.84 | 6.80 | | 1,712.51 |
| 5/24/24 | Uwaine | Read Magistrate Clarke's recent F&R for BLM Integrated Vegetation Management case [1.2] | 251.84 | 1.20 | | 302.21 |
| 5/28/24 | Uwaine | Continue reviewing AR [2.1] | 251.84 | 2.10 | | 528.86 |
| 5/28/24 | Uwaine | Write out arguments into brief form and turn outline into working draft argument section to put into Reply brief [4.0]; Review caselaw sent by WELC attorneys re: standard for sufficiently raising issues in comments during NEPA review process [1.8] | 251.84 | 5.80 | | 1,460.67 |
| 5/29/24 | Uwaine | Chat with Ince-Johannsen re N126 Reply brief [0.1] | 251.84 | 0.10 | 0.10 | - |
| 5/30/24 | Uwaine | Continue reviewing N126 AR, specifically comments in track changes on draft versions of EA [1.0] | 251.84 | 1.00 | | 251.84 |
| 6/3/24 | Uwaine | TC Frost and Ince-Johannsen re status update of N126 Reply brief, setting internal deadlines, etc. [0.3] | 251.84 | 0.30 | | 75.55 |

**Uwaine Timesheet N126 Landscape Project**

| Date | Attorney | Description | Rate | Time | Omit | Amount |
|---|---|---|---|---|---|---|
| 6/3/24 | Uwaine | Continue writing "procedural threshold issues" sections of Reply brief, as well as necessary caselaw research for these sections [4.3] | 251.84 | 4.30 | | 1,082.91 |
| 6/3/24 | Uwaine | Start outlining merits section for Siuslaw HLB section of Reply brief, drafting this merits section, and doing necessary review of AR for support/claims [3.6]; Start outlining merits section for Deadwood Creek and Aquatic Restoration Projects, drafting these merits sections, and doing necessary review of AR for support/claims [4.8] | 251.84 | 8.40 | | 2,115.46 |
| 6/3/24 | Uwaine | TC Ince-Johannsen re clarifying question for judicial notice issue in Reply brief [0.2] | 251.84 | 0.20 | | 50.37 |
| 6/4/24 | Uwaine | Finalize all cumulative impacts sections I was tasked with writing for Reply brief and send draft to Ince-Johannsen [2.2] | 251.84 | 2.20 | | 554.05 |
| 6/4/24 | Uwaine | Read comments from Frost and Ince-Johannsen on cumulative impacts sections [0.2] | 251.84 | 0.20 | | 50.37 |
| 6/5/24 | Uwaine | Fix all sections of draft re: comments left by Frost, fill in any missing gaps/arguments, do necessary research (caselaw and AR) to finalize framing of arguments in all cumulative impacts sections [6.2] | 251.84 | 6.20 | | 1,561.41 |
| 6/5/24 | Uwaine | Revisit Deadwood Project and Aquatic Restoration Project cumulative impacts sections and finalize those sections and arguments in draft [2.2] | 251.84 | 2.20 | | 554.05 |
| 6/5/24 | Uwaine | Check citations in all cumulative impacts sections re: conformity in style throughout brief [1.4] | 251.84 | 1.40 | | 352.58 |
| 6/5/24 | Uwaine | TC Frost re updates on Reply brief [0.1] | 251.84 | 0.10 | 0.10 | - |
| 6/6/24 | Uwaine | Chat with Frost re: status of Reply brief, next steps, etc. [0.1] | 251.84 | 0.10 | | 25.18 |
| 6/6/24 | Uwaine | Draft remedies section of Reply brief and make corrections from Frost's feedback [2.7] | 251.84 | 2.70 | | 679.97 |
| 6/6/24 | Uwaine | Go through all citations of current version of Reply Brief and check accuracy, uniformity, etc. [2.8] | 251.84 | 2.80 | | 705.15 |

**Uwaine Timesheet N126 Landscape Project**

| Date | Attorney | Description | Rate | Time | Omit | Amount |
|---|---|---|---|---|---|---|
| 6/6/24 | Uwaine | Read Ince-Johannsen's "effects" section he sent and incorporate into the brief [0.7] | 251.84 | 0.70 | | 176.29 |
| 6/7/24 | Uwaine | TCs with Frost re status of brief, plan for rest of day, etc. [0.2] | 251.84 | 0.20 | 0.20 | - |
| 6/7/24 | Uwaine | Input missing citations in "background" sections of Reply Brief [0.8] | 251.84 | 0.80 | | 201.47 |
| 6/7/24 | Uwaine | Text edit of entire final version of Reply Brief (check for spelling/grammar errors, uniformity and accuracy of citations) [2.6]; Last final read of entire final version of Reply Brief before sending to Ince-Johannsen [0.9] | 251.84 | 3.50 | | 881.44 |
| 7/12/24 | Uwaine | Read Feds reply brief [2.5] | 251.84 | 2.50 | | 629.60 |
| 8/12/24 | Uwaine | Review Defendants' Reply briefs [1.4] | 251.84 | 1.40 | | 352.58 |
| 9/11/24 | Uwaine | Read Judge Mcshane's BWE Project opinion from Pete [0.5] | 251.84 | 0.50 | | 125.92 |
| 11/6/24 | Uwaine | email from Peter re oral argument [0.1] | 251.84 | 0.10 | 0.10 | - |
| 11/7/24 | Uwaine | Confer Pete re oral argument [0.1]; respond to Cascadia email [0.1] | 251.84 | 0.20 | 0.20 | - |
| 11/8/24 | Uwaine | Confer Sangye re oral argument [0.4] | 251.84 | 0.40 | 0.40 | - |
| 4/1/25 | Uwaine | Read Judge Aiken opinion [2.1] | 251.84 | 2.10 | | 528.86 |
| 4/2/25 | Uwaine | Review draft press release and emails [0.2] | 251.84 | 0.20 | 0.20 | - |
| 4/3/25 | Uwaine | Respond to emails re: scheduling time to confer and next steps [0.2] | 251.84 | 0.20 | | 50.37 |
| 4/8/25 | Uwaine | Message Sangye re: schedule and next steps [0.1]; prep for conference call [1.4]; review Cascadia draft remedy brief [0.4] | 251.84 | 1.90 | 1.00 | 226.66 |
| 4/9/25 | Uwaine | Conference call re: next steps for remedy, updates, etc. [0.5]; follow-up call with client [0.2]; confer Kelly and Lyndee re: timeslips [0.2] | 251.84 | 0.90 | | 226.66 |
| 4/14/25 | Uwaine | Review email from Lyndee re: timesheets and send to Sangye [0.2] | 251.84 | 0.20 | 0.20 | - |
| 4/16/25 | Uwaine | Call with Sangye re: next steps, compare understanding of previous meeting [0.4] | 251.84 | 0.40 | | 100.74 |
| 4/21/25 | Uwaine | Message Sangye re: unable to make status call [0.1] | 251.84 | 0.10 | 0.10 | - |

**Uwaine Timesheet N126 Landscape Project**

| Date | Attorney | Description | Rate | Time | Omit | Amount |
|---|---|---|---|---|---|---|
| 4/23/25 | Uwaine | Call with Sangye and Nick Cady re: edits to proposed stipulation [0.2]; make edits/review re: same [0.3]; email/teams message Sangye and Nick re: same [0.1] | 251.84 | 0.60 | | 151.10 |
| 4/24/25 | Uwaine | Review DOJ edits to proposed stipulation [0.1] | 251.84 | 0.10 | | 25.18 |
| 4/25/25 | Uwaine | Kelly re: restore timesheets to original version and send to Sangye [0.3] | 251.84 | 0.30 | 0.30 | - |
| 5/13/25 | Uwaine | Docket updates from court [0.1]; message Sangye re: same [0.1]; email from Nick re: same [0.1] | 251.84 | 0.30 | | 75.55 |
| 5/13/25 | Uwaine | Read Pete's Shasta River fee motion as example for our fee petition [0.8] | 251.84 | 0.80 | | 201.47 |
| 5/14/25 | Uwaine | Caselaw research re: reasonable attorney fees/rates [1.9]; Review local rules re: motions and pleadings [0.3]; start writing out fee motion [3.4] | 251.84 | 5.60 | | 1,410.30 |
| 5/14/25 | Uwaine | Find bill of costs form and read rules [0.5] | 251.84 | 0.50 | 0.50 | - |
| 5/15/25 | Uwaine | Read fee-email from outside counsel [0.2] | 251.84 | 0.20 | 0.20 | - |
| 5/21/25 | Uwaine | Call Pete re: declarants and time sheets for fee petition [0.3] | 251.84 | 0.30 | | 75.55 |
| 5/27/25 | Uwaine | Work on fee petition: draft history of case; review what's necessary in motion re: local rules; go back through complaint, amended complaint, docket, opinion and order, etc. [4.6] | 251.84 | 4.60 | | 1,158.46 |
| 5/28/25 | Uwaine | Review email from Pete re: fee petition [0.1] | 251.84 | 0.10 | 0.10 | - |
| 5/29/25 | Uwaine | TC Pete re: timesheets, rates, next steps for drafting fee petition [0.3] | 251.84 | 0.30 | | 75.55 |
| 5/30/25 | Uwaine | Continue working on fee petition (start drafting eligibility, and not substantially justified/no special circumstances exist sections) [2.1] | 251.84 | 2.10 | | 528.86 |
| 6/2/25 | Uwaine | Call with Pete re: timesheets and whether judgment was entered [0.1]; send Pete info re: same [0.2]; save timesheets from Cascadia [0.1]; schedule meeting with Sangye and Pete re: next steps for fee petition [0.1] | 251.84 | 0.50 | | 125.92 |
| 6/3/25 | Uwaine | Call with Sangye and Pete re: next steps for fee petition, assigning tasks, etc. [0.4] | 251.84 | 0.40 | | 100.74 |

**Uwaine Timesheet N126 Landscape Project**

| Date | Attorney | Description | Rate | Time | Omit | Amount |
|---|---|---|---|---|---|---|
| 6/9/25 | Uwaine | Draft "gov't position unjustified" section [1.6]; start drafting "reasonable award" section [2.0] | 251.84 | 3.60 | | 906.62 |
| 6/10/25 | Uwaine | Draft reasonable award and reasonable rates section of fee petition; research caselaw discussing same [5.8] | 251.84 | 5.80 | | 1,460.67 |
| 6/11/25 | Uwaine | Continue drafting reasonable rates section of fee petition; researching caselaw re: market rates for attorneys in Eugene practicing environmental law with similar years of experience practicing law; OSB economic survey rates and inflation for hourly rates [7.4] | 251.84 | 7.40 | | 1,863.62 |
| 6/11/25 | Uwaine | Call with Sangye re: fee petition next steps, questions on market rates for P's attorneys in this case, status of fee petition & proposed briefing schedule [0.6] | 251.84 | 0.60 | | 151.10 |
| 6/11/25 | Uwaine | TC Pete re rates, Benson Ridge confidentiality, 2022 OSB data, Aiken orders [.3] | 251.84 | 0.30 | | 75.55 |
| 6/12/25 | Uwaine | Continue researching Eugene fee orders in environmental cases [2.0]; send Pete Benson Ridge documents [0.2] | 251.84 | 2.20 | | 554.05 |
| 6/12/25 | Uwaine | Review proposed briefing schedule from Sangye and send feedback/changes [0.1] | 251.84 | 0.10 | | 25.18 |
| 6/12/25 | Uwaine | Review Benson Ridge PI briefing and figure out whether settlement agreement precludes us from citing to fee petition submitted re: market rates in Oregon under EAJA [1.8] | 251.84 | 1.80 | | 453.31 |
| 6/13/25 | Uwaine | Fix formatting issues on draft fee petition [3.4]; make edits and add missing detail to draft fee petition per Pete's suggestions/comments [3.6] | 251.84 | 7.00 | 3.40 | 906.62 |

**Uwaine Timesheet N126 Landscape Project**

| Date | Attorney | Description | Rate | Time | Omit | Amount |
|---|---|---|---|---|---|---|
| 6/23/25 | Uwaine | Fill out Bill of Costs form [0.1]; review Local Rules re: how to file, supporting documentation, etc. [0.4]; chat with Lyndee re: any other expenses for case not on timesheets [0.2]; read Local Rules and caselaw re: service of Bill of Costs, whether declaration or affidavit is needed, whether we need itemized list/receipts, how bill of costs looks in other cases in Oregon, what are taxable costs [1.6]; email Nick if Cascadia has any other costs to include on Bill of Costs form [0.1] | 251.84 | 2.40 | 2.30 | 25.18 |
| 6/23/25 | Uwaine | Research caselaw re: whether administrative tasks like commenting on EAs and participating in administrative processes is compensable time under EAJA [2.6] | 251.84 | 2.60 | | 654.78 |
| 6/23/25 | Uwaine | Meeting with Sangye and Pete re: status of fee petition, next steps, and to-dos [0.4]; review updated draft of fee petition [0.2] | 251.84 | 0.60 | | 151.10 |
| 6/24/25 | Uwaine | Call clerk's office re: bill of costs [0.1]; continue researching caselaw re: whether time spent on administrative proceedings is compensable [0.3]; put together docs for bill of costs and send to Sangye [0.2] | 251.84 | 0.60 | 0.10 | 125.92 |
| 6/24/25 | Uwaine | Start to draft declaration for fee petition [0.7]; review other fee petition declarations for reference [0.5] | 251.84 | 1.20 | | 302.21 |
| 6/25/25 | Uwaine | Continue working on declaration for fee petition [0.3]; go through time sheet and make omissions [0.6] | 251.84 | 0.90 | | 226.66 |
| 6/27/25 | Uwaine | Message Sangye re: John's market rates and read emails re: John's timesheets and declaration [0.1] | 251.84 | 0.10 | | 25.18 |
| 6/30/25 | Uwaine | Work on declaration and timesheets, send to Sangye [0.6] | 251.84 | 0.60 | | 151.10 |
| 7/9/25 | Uwaine | Finalize documents for fee petition, make edits, etc. [1.2]; call with Pete and Sangye re: same [0.3]; ask Lyndee for help re: calculating inflation rates [0.2]; update timesheets to submit [0.4] | 251.84 | 2.10 | | 528.86 |
| 7/10/25 | Uwaine | Review final fee petition and documents [1.0] | 251.84 | 1.00 | | 251.84 |

**Uwaine Timesheet N126 Landscape Project**

| Date | Attorney | Description | Rate | Time | Omit | Amount |
|---|---|---|---|---|---|---|
| 8/18/25 | Uwaine | Emails from Sangye and DOJ re: stay briefing schedule, potential to reach settlement agreement re: fees [0.2] | 251.84 | 0.20 | | 50.37 |
| 8/27/25 | Uwaine | Review settlement offer from DOJ [0.3] | 251.84 | 0.30 | | 75.55 |
| 8/27/25 | Uwaine | Message Sangye re: declining DOJ settlement offer [0.1] | 251.84 | 0.10 | | 25.18 |
| 9/17/25 | Uwaine | Chat Pete re: plan for fee petition and court order [0.2] | 251.84 | 0.20 | 0.20 | - |
| 9/22/25 | Uwaine | Chat Sangye re: fee petition next steps [0.2] | 251.84 | 0.20 | | 50.37 |
| 9/29/25 | Uwaine | Send Pete tentative fee petition briefing schedule [0.1] | 251.84 | 0.10 | 0.10 | - |
| 10/3/25 | Uwaine | Look up different notices from different cases re: settlement discussions concluding and new briefing schedule proposed, format notice, look up Local Rules [3.1]; message Sangye re: confer with Sean about government shutdown and delay on filing notice with court [0.2] | 251.84 | 3.30 | 3.10 | 50.37 |
| 10/23/25 | Uwaine | Review DOJ settlement offer and consider arguments raised re: why we are entitled to less fees/no fees at all [0.6] | 251.84 | 0.60 | | 151.10 |
| 10/24/25 | Uwaine | Continue working up response to DOJ's arguments re: not entitled to fees under EAJA [1.2] | 251.84 | 1.20 | 1.20 | - |
| 10/27/25 | Uwaine | Start to research caselaw re: Seven Counties in prep for reply brief [1.9] | 251.84 | 1.90 | | 478.50 |
| 10/28/25 | Uwaine | Start researching cases that cite to Seven Counties re: argument that BLM never had to consider cumulative effects [2.2] | 251.84 | 2.20 | | 554.05 |
| 10/30/25 | Uwaine | Caselaw research re: retroactivity of Seven Counties decision and what it says about considering cumulative effects for fee petition reply [3.5] | 251.84 | 3.50 | | 881.44 |
| 11/5/25 | Uwaine | Research caselaw re: response to argument that BLM's position was substantially justified due to Seven County [4.4] | 251.84 | 4.40 | 4.40 | - |
| 11/10/25 | Uwaine | Send Sangye draft notice to file [0.1] | 251.84 | 0.10 | | 25.18 |
| 11/13/25 | Uwaine | Local rules re: page limits for reply brief [0.1]; confer Sangye and Sean re: new briefing deadlines [0.2] | 251.84 | 0.30 | | 75.55 |

**Uwaine Timesheet N126 Landscape Project**

| Date | Attorney | Description | Rate | Time | Omit | Amount |
|---|---|---|---|---|---|---|
| 11/17/25 | Uwaine | Research potential arguments for reply brief re: cumulative effects argument that BLM's position is substantially justified [3.5] | 251.84 | 3.50 | 3.50 | - |
| 11/18/25 | Uwaine | Research whether another attorney can write a declaration for another in a fee petition that is now working as an ALJ [2.0]; research cumulative effects and substantial justification under EAJA [2.6] | 251.84 | 4.60 | | 1,158.46 |
| 11/19/25 | Uwaine | Continue researching whether an attorney can submit declaration re: another attorney's experience for fees because other attorney is working as an ALJ [2.3]; continue researching caselaw re: substantial justification for fees under EAJA, organize notes, prep for opposition [1.5] | 251.84 | 3.80 | | 956.99 |
| 11/20/25 | Uwaine | Organize notes on substantial justification and cumulative effects [1.7] | 251.84 | 1.70 | 1.70 | - |
| 11/21/25 | Uwaine | Continue researching whether ALJs can have another attorney submit declaration on their behalf for a fee petition, pre-CEQ regs NEPA cases re: cumulative effects [3.7] | 251.84 | 3.70 | 3.70 | - |
| 12/1/25 | Uwaine | Respond to Pete and Sangye re: scheduling call to discuss fee reply [0.1] | 251.84 | 0.10 | 0.10 | - |
| 12/3/25 | Uwaine | Review BLM fee opposition [1.4]; follow-up research on initial thoughts after reviewing opposition [1.5] | 251.84 | 2.90 | 1.50 | 352.58 |
| 12/4/25 | Uwaine | Work on reply outline and potential questions to research [1.9]; start researching counter-claims re: settlement agreement used in fee petition [1.9], research limited success re: all claims brought in a lawsuit [1.2] | 251.84 | 5.00 | | 1,259.20 |
| 12/5/25 | Uwaine | Continue working on fee reply outline, researching counter-arguments re: substantial justification, relying on settlement agreement to argue against fee petition, excessive billing [4.8] | 251.84 | 4.80 | | 1,208.83 |

**Uwaine Timesheet N126 Landscape Project**

| Date | Attorney | Description | Rate | Time | Omit | Amount |
|---|---|---|---|---|---|---|
| 12/8/25 | Uwaine | Meeting with Pete and Sangye re: drafting the reply, questions about legal arguments made, cases to look for, issues to prioritize, timeline for completing draft, aggregating tasks [0.8] | 251.84 | 0.80 | | 201.47 |
| 12/8/25 | Uwaine | Organize notes from meeting with Pete and Sangye and incorporate into draft outline of reply [0.2]; research using terms of settlement as a way to prejudice fee recovery re: P's limited success [0.6] | 251.84 | 0.60 | | 151.10 |
| 12/9/25 | Uwaine | Start drafting substantial justification argument re: litigation position and underlying agency action for sedimentation issue [2.3]; research caselaw, review summary judgment order and opinion, Ps' fee petition, and BLM's merit briefing re: sedimentation issue [2.6] | 251.84 | 4.90 | | 1,234.02 |
| 12/10/25 | Uwaine | Continue working on substantial justification re: litigation position and underlying agency action on sedimentation (figure out which arguments of BLM's were about the underlying agency action or the litigation position [0.7], review the record for factual citations as support [1.6], research helpful caselaw re: how courts address the two issues re: substantial justification [2.3], put all notes together from outline into draft [0.4]) | 251.84 | 5.00 | | 1,259.20 |
| 12/11/25 | Uwaine | Start reviewing BLM's response for its arguments on substantial justification re: marbled murrelets and create outline for reply [1.0]; review record and summary judgment opinion and order for support for legal arguments re: same [2.2]; research NEPA caselaw re: same and caselaw cited to in BLM's response [1.0] | 251.84 | 4.20 | | 1,057.73 |

## Uwaine Timesheet N126 Landscape Project

| Date | Attorney | Description | Rate | Time | Omit | Amount |
|---|---|---|---|---|---|---|
| 12/12/25 | Uwaine | Continue outline and notes from BLM's response, caselaw research, summary judgment opinion and order, and merits briefing re: reply for substantial justification argument on marbled murrelet issue [1.7]; draft substantial justification section for Reply re: marbled murrelet (gov't litigation position and underlying action) [1.4] | 251.84 | 3.10 | | 780.70 |
| 12/12/25 | Uwaine | Email Pete re: best approach to replying to BLM's substantial justification argument (continue to segregate out into litigation position and underlying agency action or combine issues into one response per issue re: substantial justification) [0.1] | 251.84 | 0.10 | | 25.18 |
| 12/13/25 | Uwaine | Review email response from Pete re: how best to structure substantial justification reply [0.1]; per Pete's email, re-structure substantial justification draft argument sections for sedimentation and marbled murrelet issue [2.1]; start reviewing BLM's response re: substantial justification for cumulative effects issue [1.5]; research caselaw and record, review summary judgment opinion and order, and merits briefs re: BLM's position on cum. effects issue [1.7] | 251.84 | 5.40 | | 1,359.94 |
| 12/15/25 | Uwaine | Call with Sangye re: plan for reply brief, arguments to prioritize, questions to consider, thoughts on opposition, etc. [0.6] | 251.84 | 0.60 | | 151.10 |
| 12/15/25 | Uwaine | Send Sangye working draft of reply (substantial justification sections) [0.1]; continue fine-tuning those sections re: sedimentation, marbled murrelet, cumulative effects [2.5]; continue re-formatting re: Pete's email of combining underlying agency action and litigation position [1.2] | 251.84 | 3.80 | | 956.99 |

**Uwaine Timesheet N126 Landscape Project**

| Date | Attorney | Description | Rate | Time | Omit | Amount |
|---|---|---|---|---|---|---|
| 12/15/25 | Uwaine | Call with Sangye re: whether we should keep format/organization of substantial justification sections and arguments [0.3] | 251.84 | 0.30 | | 75.55 |
| 12/16/25 | Uwaine | Continue drafting cumulative effects section re: substantial justification and Seven Counties rebuttal [1.1]; review edits from Sangye and make my own edits to Sangye's sections [2.1]; review the rest of draft re: rates, hours expended, compensable work, etc. and make edits [2.4] | 251.84 | 5.60 | | 1,410.30 |
| 12/16/25 | Uwaine | Motion to extend page limits [0.1] | 251.84 | 0.10 | 0.10 | - |
| 12/17/25 | Uwaine | Review and edit newest version of reply draft, review Sangye edits/comments and make changes accordingly [2.7]; review Pete's edit of draft [0.2] | 251.84 | 2.90 | | 730.34 |
| 12/18/25 | Uwaine | Edit draft re: Pete's edits/comments, Sangye's edits/comments, make changes [2.2] | 251.84 | 2.20 | | 554.05 |
| 12/18/25 | Uwaine | Get timesheets from Lyndee [0.1]; review timesheets, make omissions from previous version of timesheets submitted with fee petition and updated version [0.4] | 251.84 | 0.50 | 0.10 | 100.74 |
| 12/19/25 | Uwaine | Call with Sangye re: updated version of draft, changes needed, Nick's declaration edits, and last-minute questions for Pete [0.3] | 251.84 | 0.30 | | 75.55 |
| 12/19/25 | Uwaine | Call with Sangye and Pete re: questions on declarations, prejudice statement in settlement, certain caselaw on collateral attacks, and next steps [0.4] | 251.84 | 0.40 | | 100.74 |
| 12/19/25 | Uwaine | Last minute edits to timesheets with updated entries as of this week and double check everything adds up [0.8]; final review of draft [1.7] | 251.84 | 2.50 | 0.40 | 528.86 |
| | | **For Professional Services: Karli Uwaine** | | **360.30** | **38.30** | **80,968.30** |

| | |
|---|---|
| Total Hours | 360.30 |
| Total Hours Omitted | 38.30 |
| Total Hours after Omissions | 322.00 |

| | |
|---|---|
| **Total Attorneys' Fees** | **80,968.30** |