**Ince-Johannsen Timesheet N126 Landscape Project**

| Date | Attorney | Description | Rate | Time | Omit | Amount |
|---|---|---|---|---|---|---|
| 10/14/22 | Ince-Johannsen | Emails re: N126 IBLA AR [0.2] | 325.00 | 0.20 | | 65.00 |
| 10/25/22 | Ince-Johannsen | Email Brown, Goska, Normoyle re: division of | 325.00 | 0.20 | | 65.00 |
| 10/27/22 | Ince-Johannsen | Email Brown, Goska, Normoyle re: 'Pucker Up' sale [0.1] | 325.00 | 0.10 | | 32.50 |
| 10/31/22 | Ince-Johannsen | Review Upper Greenleaf DNA [0.4] | 325.00 | 0.40 | | 130.00 |
| 11/2/22 | Ince-Johannsen | Prepare NOA [0.4] | 325.00 | 0.40 | | 130.00 |
| 11/3/22 | Ince-Johannsen | Email atty Goska, Brown, Normoyle, Cady re: N126 AR receipt, handle cloud storage [0.2]; Upload, organize N126 AR folder [0.3] | 325.00 | 0.50 | 0.30 | 65.00 |
| 12/12/22 | Ince-Johannsen | Chronologize & tag AR [2.5] | 325.00 | 2.50 | | 812.50 |
| 12/13/22 | Ince-Johannsen | Chronologize & tag AR [3.6]; Confer Brown, Normoyle, Goska, Cady re: AR, claims [1.0]; Review CW field notes / field checking data [1.3] | 325.00 | 5.90 | 1.30 | 1,495.00 |
| 12/14/22 | Ince-Johannsen | Review & tag AR [5.4] | 325.00 | 5.40 | | 1,755.00 |
| 12/15/22 | Ince-Johannsen | Review & tag AR [3.3] | 325.00 | 3.30 | | 1,072.50 |
| 12/16/22 | Ince-Johannsen | Confer Goska, Brown, Normoyle re: sufficiency of AR, FRCP 15(a)(2) Mot. to Am. Cmplt., email DOJ Atty. re: Am. Cmplt, modifying scheduling order [0.8]; Confer Goska re: FRCP 15(a)(2) [0.1]; Review evidentiary/AR foundations for FLPMA claim [1.9] Review evidentiary/AR foundations for DNA/site-specific analysis claim [0.7] | 325.00 | 3.50 | 2.60 | 292.50 |
| 12/19/22 | Ince-Johannsen | Confer Goska, Brown, Normoyle re: cumulative effects claim, hard look claim [0.5]; Review client memo on Siuslaw HLB project re: cumulative effects [0.4]; Review client memo on litigation strategies [0.3] | 325.00 | 1.20 | | 390.00 |
| 12/20/22 | Ince-Johannsen | Confer Goska, Brown, Normoyle re: plan for Am. Cmplt. [0.2] | 325.00 | 0.20 | | 65.00 |
| 12/21/22 | Ince-Johannsen | Review & tag AR [3.6]; Confer Brown, Goska, Normoyle re: NEPA claims [1.0] | 325.00 | 4.60 | | 1,495.00 |
| 12/22/22 | Ince-Johannsen | Confer Goska, Brown, Normoyle re: Am. Cmplt., email to DOJ [0.3]; Evaluate evidentiary/AR foundations for NSO recovery claim [0.6]; Evaluate evidentiary/AR foundations for cumulative effects claim [1.1]; Evaluate evidentiary/AR foundations for sedimentation / coho claim [0.9]; Evaluate evidentiary/AR foundations for landslide risk claim [0.2]; Confer Goska, Brown, Normoyle re: potential new claims to add to Am. Cmplt. [0.8]; Research, confer with Goska, Brown, Normoyle re: sufficiency of AR for cumulative effects claim, application of record review limitation to other timber sales and restoration projects [0.5]; Email DOJ counsel re: Am. Cmplt., modification of scheduling order [0.3] | 325.00 | 4.70 | | 1,527.50 |

Ince-Johannsen Timesheet N126 Landscape Project

| Date | Attorney | Description | Rate | Time | Omit | Amount |
|---|---|---|---|---|---|---|
| 12/27/22 | Ince-Johannsen | Review AR [1.3]; Work up cumulative effects claim [0.5]; Review sample motions for leave to amend complaint [0.6]; Confer Goska re: motion for leave to amend complaint, draft Am. Cmplt. [0.2] | 325.00 | 2.60 | | 845.00 |
| 12/28/22 | Ince-Johannsen | Confer Goska re: edits to Am. Cmplt. [0.5]; Cross-reference original complaint and original answer [1.0]; Edit draft Am. Cmplt. [1.0]; | 325.00 | 2.50 | | 812.50 |
| 1/3/23 | Ince-Johannsen | Review, edit Am. Cmplt. [0.5]; Confer Goska, Brown, Normoyle, Cady re: Am. Cmplt. [0.2]; Confer DOJ counsel re: Am. Cmplt., Deadwood and Siuslaw EAs [0.2] | 340.00 | 0.90 | | 306.00 |
| 1/4/23 | Ince-Johannsen | Edit draft Am. Cmplt. [0.4]; Confer Goska, Brown, Normoyle, Cady re: cumulative effects claim, strategy [0.3] | 340.00 | 0.70 | | 238.00 |
| 1/5/23 | Ince-Johannsen | Review, edit Am. Cmplt. [0.6]; Confer Goska, Brown, Normoyle, Cady re: Am. Cmplt. [0.2] | 340.00 | 0.80 | | 272.00 |
| 1/6/23 | Ince-Johannsen | Confer Goska, Brown, Normoyle, Cady re: Am. Cmplt., scheduling [0.5]; Review, edit Am. Cmplt. [0.3] | 340.00 | 0.80 | | 272.00 |
| 1/10/23 | Ince-Johannsen | Confer DOJ re: Am. Cmplt. [0.1]; Confer co-counsel re: Am. Cmplt. [0.4]; Review, edit early draft brief ISO MSJ [1.7 | 340.00 | 2.20 | | 748.00 |
| 1/11/23 | Ince-Johannsen | Internal conference call re: Am. Cmplt. [0.4]; Research legal standards for Am. Cmplt., case law [0.5]; Draft motion to amend complaint [1.3] | 340.00 | 2.20 | | 748.00 |
| 1/12/23 | Ince-Johannsen | Research legal standard, case law for Am. Cmplt. [1.4]; Outline & draft mem ISO mot to am. cmplt [4.1]; Confer Goska, Brown, Normoyle, Cady re: mot to amend cmplt [0.4]; Review, edit Am. Cmplt. [0.2] | 340.00 | 6.10 | | 2,074.00 |
| 1/13/23 | Ince-Johannsen | Draft, edit mem ISO mot to am. cmplt [3.8]; Review local rules re: mot to amend complaint & stay [0.3]; Review, edit Am. Cmplt. [0.6]; Review draft motion to amend [0.2]; Review, edit Goska dec [0.4]; Review, edit stay mot & brief [0.7]; Confer Goska, Brown, Normoyle, Cady re mot to amend, filing [0.3]; Confer Goska re Goska dec, filing [0.6]; Confer Goska, Brown, Normoyle, Cady re Goska dec [0.6]; Filing Am. Cmplt. & supporting materials [0.5] | 340.00 | 8.00 | 0.50 | 2,550.00 |
| 1/17/23 | Ince-Johannsen | Confer Goska, Brown, Normoyle, Cady re: proposed orders for mot to amend [0.1]; Review stay order, confer w Goska, Brown, Normoyle, Cady [0.2] | 340.00 | 0.30 | | 102.00 |
| 1/27/23 | Ince-Johannsen | TC clinic student re EIS claim, applicable significance factors [0.5] | 340.00 | 0.50 | 0.50 | - |
| 1/29/23 | Ince-Johannsen | Email clinic student re: N126 FONSIs and EAs [0.2] | 340.00 | 0.20 | 0.20 | - |
| 1/30/23 | Ince-Johannsen | Confer Goska, Brown, Normoyle re Fed Defs' Opp to Am Cmplt [0.4] | 340.00 | 0.40 | | 136.00 |

Ince-Johannsen Timesheet N126 Landscape Project

| Date | Attorney | Description | Rate | Time | Omit | Amount |
|---|---|---|---|---|---|---|
| 2/1/23 | Ince-Johannsen | Review Fed Defs response in opp to amended cmplt [0.6]; Conference call re: Fed Defs' Opp to Am Cmplt [0.5] | 340.00 | 1.10 | | 374.00 |
| 2/6/23 | Ince-Johannsen | Research NEPA exhaustion case law [0.7] Draft reply brief re NEPA exhaustion, futility of amendment [1.1] | 340.00 | 1.80 | | 612.00 |
| 2/7/23 | Ince-Johannsen | Research, outline, draft reply re mot to amend cmplt [3.7] | 340.00 | 3.70 | | 1,258.00 |
| 2/8/23 | Ince-Johannsen | Draft reply brief re mot to amend cmplt [3.5] | 340.00 | 3.50 | | 1,190.00 |
| 2/9/23 | Ince-Johannsen | Review, edit draft reply re mot to amend cmplt [2.1] Confer advanced clinic student re EIS significance factors [0.6] | 340.00 | 2.70 | 0.60 | 714.00 |
| 2/10/23 | Ince-Johannsen | Confer adv clinic student re mot to amend cmplt [0.4]; Research FRCP 16 case law [2.3]; Edit Rule 16 section of reply re mot to amend cmplt [2.3]; Cite-check & proofread reply re mot to amend cmplt [0.8]; Confer Brown on reply re mot to amend cmplt [0.2]; Prepare reply for filing [0.3]; Filing reply re mot to amend cmplt [0.4] | 340.00 | 6.70 | 0.70 | 2,040.00 |
| 2/12/23 | Ince-Johannsen | Confer clients re amended cmplt, next steps [0.2] | 340.00 | 0.20 | | 68.00 |
| 2/15/23 | Ince-Johannsen | Confer clinic student on research re weighting of NEPA significance factors [0.3] | 340.00 | 0.30 | 0.30 | - |
| 2/17/23 | Ince-Johannsen | Confer clinic student re challenge to FONSI [0.8] | 340.00 | 0.80 | 0.80 | - |
| 2/24/23 | Ince-Johannsen | Confer clinic student re NEPA significance factors memo [0.6] | 340.00 | 0.60 | 0.60 | - |
| 3/10/23 | Ince-Johannsen | Review Walker Point, Tomcat Divide, Upper Greenleaf DRs and DNAs [1.2] | 340.00 | 1.20 | | 408.00 |
| 3/29/23 | Ince-Johannsen | Meeting re: N126 next steps [1.0]; Review DNAs [0.8]; Review AR [0.4]; Review complaint [0.3]; Review Normoyle memo on EIS / hard look claim [0.4] | 340.00 | 2.90 | 0.30 | 884.00 |
| 3/31/23 | Ince-Johannsen | Review Normoyle memo re hard look [0.5]; Research latest NEPA case law on hard look claims [0.9]; | 340.00 | 1.40 | | 476.00 |
| 4/10/23 | Ince-Johannsen | Review IVM complaint [0.7]; | 340.00 | 0.70 | 0.70 | - |
| 8/30/23 | Ince-Johannsen | Confer clients re: new DNA, groundtruthing efforts, prospects of PI motion [0.5] | 340.00 | 0.50 | | 170.00 |
| 8/31/23 | Ince-Johannsen | Review docket sheet, review draft Am. Cmplt. [0.4] | 340.00 | 0.40 | | 136.00 |
| 9/5/23 | Ince-Johannsen | Review new DNAs [0.5], Cascadia field notes [0.4], recent case law applicable if we sought PI [0.8] | 340.00 | 1.70 | 1.20 | 170.00 |
| 9/7/23 | Ince-Johannsen | Review proposed/draft Am. Cmplt. [0.4], Prepare filings [0.4], withdrawing Normoyle from case [0.4], filing Am. Cmplt. [0.2] | 340.00 | 1.40 | 0.40 | 340.00 |
| 9/19/23 | Ince-Johannsen | Review new DNA [0.4], emails re new N126 DNA [0.3] | 340.00 | 0.70 | | 238.00 |
| 9/20/23 | Ince-Johannsen | Review AR, DNAs issued so far [1.5], call with Cascadia [0.7] | 340.00 | 2.20 | | 748.00 |
| 10/12/23 | Ince-Johannsen | Review case status, next steps [0.2] | 340.00 | 0.20 | | 68.00 |

**Ince-Johannsen Timesheet N126 Landscape Project**

| Date | Attorney | Description | Rate | Time | Omit | Amount |
|---|---|---|---|---|---|---|
| 10/20/23 | Ince-Johannsen | Check-in w Uwaine re involvement on case [0.4], Review case memos, planning next steps [0.2] | 340.00 | 0.60 | 0.40 | 68.00 |
| 10/27/23 | Ince-Johannsen | Confer Uwaine re N126 involvement [0.1] | 340.00 | 0.10 | 0.10 | - |
| 10/31/23 | Ince-Johannsen | Confer Cady re Siuslaw HLB litigation [0.2]; Confer Cady re CMS [0.1]; Draft & confer w DOJ re case mgmt plan [0.3]; Confer DOJ re case mgmt plan [0.4]; Review docket sheet, status of case [0.2] | 340.00 | 1.20 | 0.40 | 272.00 |
| 11/3/23 | Ince-Johannsen | Emails re: CMS, intervention [0.5]; Confer Uwaine re CMS [0.2]; Confer Cady re case management [0.4]; Confer DOJ & Cady re proposed CMS [0.4] | 340.00 | 1.50 | | 510.00 |
| 11/9/23 | Ince-Johannsen | Review AFRC intervention motion [0.2] | 340.00 | 0.20 | 0.20 | - |
| 12/7/23 | Ince-Johannsen | Review calendar, planning proposal for N126 case mgmt [0.3]; Confer opposing counsel & draft joint proposed CMS [0.2] | 340.00 | 0.50 | | 170.00 |
| 12/11/23 | Ince-Johannsen | Review AR [0.8] | 340.00 | 0.80 | | 272.00 |
| 12/12/23 | Ince-Johannsen | Review AR [0.5]; Confer opposing counsel & draft joint proposed CMS [0.2] | 340.00 | 0.70 | | 238.00 |
| 12/13/23 | Ince-Johannsen | Review AR [0.8] | 340.00 | 0.80 | | 272.00 |
| 12/15/23 | Ince-Johannsen | Draft Joint Proposed CMS [0.3] | 340.00 | 0.30 | | 102.00 |
| 12/20/23 | Ince-Johannsen | Confer opposing counsel & draft joint proposed CMS [0.7] | 340.00 | 0.70 | | 238.00 |
| 12/21/23 | Ince-Johannsen | Review local rules, confer w opposing counsel & draft joint proposed CMS [0.8] | 340.00 | 0.80 | | 272.00 |
| 12/27/23 | Ince-Johannsen | Review docket entries [0.1] | 340.00 | 0.10 | | 34.00 |
| 1/17/24 | Ince-Johannsen | Draft opening brief [1.9] | 355.00 | 1.90 | | 674.50 |
| 1/18/24 | Ince-Johannsen | Review AR [1.3]; Review, edit EIS claim section [2.1] | 355.00 | 3.40 | | 1,207.00 |
| 1/19/24 | Ince-Johannsen | Work up opening brief [0.9]; Confer client re opening brief & standing decl [0.5] | 355.00 | 1.40 | | 497.00 |
| 1/22/24 | Ince-Johannsen | Review, edit draft brief [1.6]; Confer Uwaine re opening brief [0.4] | 355.00 | 2.00 | | 710.00 |
| 1/23/24 | Ince-Johannsen | Review AR [1.1]; Draft opening brief [0.3] | 355.00 | 1.40 | | 497.00 |
| | Ince-Johannsen | Review early draft brief [0.7]; Confer Uwaine re opening brief [0.2]; drafting opening brief [0.4]; Review, edit draft opening brief [0.6] | 355.00 | 1.90 | | 674.50 |
| 1/25/24 | Ince-Johannsen | Draft opening brief [1.5]; Review AR support for cumulative effects claim [0.9]; Review Siuslaw HLB briefing [0.7]; Legal research, EIS required claim [0.3] | 355.00 | 3.40 | | 1,207.00 |
| 1/27/24 | Ince-Johannsen | Draft opening brief [0.4] | 355.00 | 0.40 | | 142.00 |
| 1/28/24 | Ince-Johannsen | Review McMillan feedback, incorporate into brief [0.7]; Draft opening brief [4.3]; Email McMillan re opening brief [0.1] | 355.00 | 5.10 | 0.10 | 1,775.00 |
| 1/29/24 | Ince-Johannsen | Edit opening brief [3.0]; Review, incorporate edits from McMillan into opening brief [1.2] | 355.00 | 4.20 | | 1,491.00 |
| 1/30/24 | Ince-Johannsen | Work up opening brief [4.4] | 355.00 | 4.40 | | 1,562.00 |
| 2/1/24 | Ince-Johannsen | Confer McMillan re opening brief [0.3]; Confer clients re standing decl, opening brief [0.7]; Confer Uwaine re opening brief [0.2]; Email clients re: opening brief [0.3]; Draft opening brief [1.7] | 355.00 | 3.20 | 0.60 | 923.00 |

**Ince-Johannsen Timesheet N126 Landscape Project**

| Date | Attorney | Description | Rate | Time | Omit | Amount |
|---|---|---|---|---|---|---|
| 2/2/24 | Ince-Johannsen | Review, edit draft standing declaration [0.5] | 355.00 | 0.50 | | 177.50 |
| 2/5/24 | Ince-Johannsen | Review, edit draft standing declaration [0.3]; Confer Uwaine re opening brief [0.9] | 355.00 | 1.20 | | 426.00 |
| 2/6/24 | Ince-Johannsen | Confer Uwaine re brief [0.2]; Edit opening brief [0.2]; Review, propose edits to draft standing declaration [0.3] | 355.00 | 0.70 | | 248.50 |
| 2/7/24 | Ince-Johannsen | Edit opening brief [2.2]; Edit standing declaration [0.2]; Research cumulative effects argument [0.2] | 355.00 | 2.60 | | 923.00 |
| 2/8/24 | Ince-Johannsen | Review, edit opening brief [3.4] | 355.00 | 3.40 | | 1,207.00 |
| 2/9/24 | Ince-Johannsen | Review, edit draft brief [6.2]; Confer Uwaine re final steps on opening brief [0.5]; Final cite check [2.1]; Finalize tables, filing opening brief and declaration [1.0] | 355.00 | 9.80 | 1.00 | 3,124.00 |
| 2/27/24 | Ince-Johannsen | Review docket entries [0.1] | 355.00 | 0.10 | | 35.50 |
| 4/2/24 | Ince-Johannsen | Confer opposing counsel re: CMS [0.6] | 355.00 | 0.60 | | 213.00 |
| 4/4/24 | Ince-Johannsen | Confer opp. counsel re: mot. to revise/extend N126 MSJ schedule [0.2]; Review proposed case deadlines [0.3] | 355.00 | 0.50 | | 177.50 |
| 4/9/24 | Ince-Johannsen | Confer Cady re: status of N126 implementation [0.1]; Confer DOJ re implementation progress [0.1]; Confer opp. counsel re implementation of N126 sales [0.2] | 355.00 | 0.40 | | 142.00 |
| 4/16/24 | Ince-Johannsen | Confer Cady re: status of N126 implementation [0.5]; Confer DOJ re implementation progress [0.3] | 355.00 | 0.80 | | 284.00 |
| 4/17/24 | Ince-Johannsen | Review Siuslaw HLB F&Rs [0.5] | 355.00 | 0.50 | | 177.50 |
| 4/19/24 | Ince-Johannsen | Confer DOJ re implementation progress [0.2] | 355.00 | 0.20 | | 71.00 |
| 4/22/24 | Ince-Johannsen | Confer opposing counsel re: deadlines, page limits [0.4] | 355.00 | 0.40 | | 142.00 |
| 4/23/24 | Ince-Johannsen | Prepare joint motion to extend page limits [0.8] | 355.00 | 0.80 | | 284.00 |
| 4/25/24 | Ince-Johannsen | LR 7(a)(1)(A); conferral [0.4] | 355.00 | 0.40 | | 142.00 |
| 4/29/24 | Ince-Johannsen | Research potential TRO/PI [0.6] | 355.00 | 0.60 | 0.60 | - |
| 4/30/24 | Ince-Johannsen | Research, confer Uwaine re judicial notice issue [0.3] | 355.00 | 0.30 | | 106.50 |
| 5/1/24 | Ince-Johannsen | Research potential TRO/PI [0.3]; Review local rules re: PI, TRO [0.2] | 355.00 | 0.50 | 0.50 | - |
| 5/3/24 | Ince-Johannsen | Review DOJ MSJ [0.4] | 355.00 | 0.40 | | 142.00 |
| 5/6/24 | Ince-Johannsen | Research judicial notice re: S HLB, DRP [0.4]; Research potential TRO/PI [0.2] | 355.00 | 0.60 | 0.20 | 142.00 |
| 5/7/24 | Ince-Johannsen | Confer Cascadia re: Reply [0.3]; Confer Frost re: PI [0.2] | 355.00 | 0.50 | 0.20 | 106.50 |
| 5/8/24 | Ince-Johannsen | Review DOJ MSJ, outline Reply [0.4]; Research existing N126 sales, status of N126 implementation [0.6]; Review DOJ MSJ [0.2] | 355.00 | 1.20 | | 426.00 |
| 5/10/24 | Ince-Johannsen | Review draft PI/TRO declaration [0.3] | 355.00 | 0.30 | 0.30 | - |
| 5/14/24 | Ince-Johannsen | Review/Research N126 implementation, Review draft declaration, evaluating TRO/PI prospects [1.0]; Confer client re TRO/PI [0.2] | 355.00 | 1.20 | 1.20 | - |
| 5/15/24 | Ince-Johannsen | Review DOJ & AFRC MSJs, outline reply [0.5] | 355.00 | 0.50 | | 177.50 |

**Ince-Johannsen Timesheet N126 Landscape Project**

| Date | Attorney | Description | Rate | Time | Omit | Amount |
|---|---|---|---|---|---|---|
| 5/16/24 | Ince-Johannsen | Confer Uwaine re N126 PI, reply brief, timing [0.2]; Research, outlining reply brief [1.1]; Confer Frost re N126 PI [0.4] | 355.00 | 1.70 | 0.60 | 390.50 |
| 5/24/24 | Ince-Johannsen | Research, work up reply brief [1.6]; Review Magistrate Clarke's IVM ruling [0.4] | 355.00 | 2.00 | | 710.00 |
| 5/29/24 | Ince-Johannsen | Work up reply brief re: AFRC arguments [0.7]; Work up reply brief re: Fed. Defs arguments [5.0] | 355.00 | 5.70 | | 2,023.50 |
| 5/30/24 | Ince-Johannsen | Work up reply brief re: AFRC arguments [1.6]; Work up reply brief re: Fed. Defs arguments [2.4] | 355.00 | 4.00 | | 1,420.00 |
| 5/31/24 | Ince-Johannsen | Work up reply brief re: Fed. Defs arguments [3.7]; Work up reply brief re: AFRC arguments [0.3] | 355.00 | 4.00 | | 1,420.00 |
| 6/3/24 | Ince-Johannsen | Draft reply brief introduction, background [2.2]; Confer Frost & Uwaine re N126 Reply [0.4] | 355.00 | 2.60 | | 923.00 |
| 6/4/24 | Ince-Johannsen | Draft & edit reply brief [7.8]; Confer Frost & Uwaine re completing reply brief [0.2]; Review, revising cumulative effects section of reply brief [2.2] | 355.00 | 10.20 | | 3,621.00 |
| 6/5/24 | Ince-Johannsen | Draft & edit reply brief [5.8]; Review, incorporate edits on draft reply brief [0.3] | 355.00 | 6.10 | | 2,165.50 |
| 6/6/24 | Ince-Johannsen | Review, edit draft reply brief [4.9]; Research, draft EIS section of reply brief [3.6] | 355.00 | 8.50 | | 3,017.50 |
| 6/7/24 | Ince-Johannsen | Research, edit EIS-required section of combined Response/Reply [0.8]; Draft challenge to FONSI section of reply [1.0]; Draft, edit combined Response/Reply [4.3]; Confer internally re filing brief, final steps [0.3]; Edit, cite-check N126 combined response/reply [2.3]; Confer Frost re filing [0.2]; File combined response/reply [0.3] | 355.00 | 9.20 | 0.80 | 2,982.00 |
| 11/7/24 | Ince-Johannsen | Confer Cascadia re: N126 oral argument [0.3] | 355.00 | 0.30 | 0.30 | - |
| 11/8/24 | Ince-Johannsen | Confer Uwaine re handling part of oral argument [0.4] | 355.00 | 0.40 | 0.40 | - |
| 1/17/25 | Ince-Johannsen | Review case status [0.1] | 370.00 | 0.10 | | 37.00 |
| 3/31/25 | Ince-Johannsen | Confer clients re: N126 MSJ order [0.2]; Confer w co-counsel re: N126 MSJ order [0.2]; Review N126 summary judgment order [0.1] | 370.00 | 0.50 | | 185.00 |
| 4/1/25 | Ince-Johannsen | Review N126 summary judgment order [0.5]; Confer clients re: N126 MSJ order [0.7] | 370.00 | 1.20 | | 444.00 |
| 4/3/25 | Ince-Johannsen | Confer w opposing counsel re: MSJ, relief order [0.3]; MSJ victory press [0.5]; Email clients re: N126 MSJ order [0.2] | 370.00 | 1.00 | 0.50 | 185.00 |
| 4/7/25 | Ince-Johannsen | Remedy conferral [0.6] | 370.00 | 0.60 | | 222.00 |
| 4/8/25 | Ince-Johannsen | Confer Uwaine re: fees [0.3] | 370.00 | 0.30 | | 111.00 |
| 4/9/25 | Ince-Johannsen | Review N126 summary judgment order [0.2]; Confer Uwaine & Cady re fees [0.4]; N126 Remedy Conferral [0.5]; Reviewing time slips, case work re: fee settlement [0.5] | 370.00 | 1.60 | | 592.00 |
| 4/14/25 | Ince-Johannsen | Reviewing time slips, case work re: fee settlement [0.2] | 370.00 | 0.20 | | 74.00 |

**Ince-Johannsen Timesheet N126 Landscape Project**

| Date | Attorney | Description | Rate | Time | Omit | Amount |
|---|---|---|---|---|---|---|
| 4/16/25 | Ince-Johannsen | TC Uwaine re: N126 relief, fees [0.4]; Confer Frost re: fees [0.4] | 370.00 | 0.80 | | 296.00 |
| 4/21/25 | Ince-Johannsen | Confer opposing counsel re: fees [0.3] | 370.00 | 0.30 | | 111.00 |
| 4/23/25 | Ince-Johannsen | Confer Cady, Uwaine re: remedy stip, atty fees petition [0.4]; Review remedy stipulation [0.2] | 370.00 | 0.60 | | 222.00 |
| 5/9/25 | Ince-Johannsen | Emails re: settlement [0.2] | 370.00 | 0.20 | | 74.00 |
| 5/12/25 | Ince-Johannsen | Check docket [0.2] | 370.00 | 0.20 | | 74.00 |
| 5/13/25 | Ince-Johannsen | Emails re: settlement [0.4]; TC Cady re: settlement [0.2] | 370.00 | 0.60 | | 222.00 |
| 5/16/25 | Ince-Johannsen | Confer Uwaine re: fee recovery strategy [0.3] | 370.00 | 0.30 | | 111.00 |
| 6/3/25 | Ince-Johannsen | Fee recovery strategy, work-up [0.8] | 370.00 | 0.80 | | 296.00 |
| 6/11/25 | Ince-Johannsen | Emails re: fee motion [0.3]; Confer Uwaine re: fee recovery strategy / plan [0.3] | 370.00 | 0.60 | | 222.00 |
| 6/13/25 | Ince-Johannsen | Emails re: fee motion briefing schedule [0.3]; Review timesheets [0.7] | 370.00 | 1.00 | | 370.00 |
| 6/23/25 | Ince-Johannsen | Fee petition [0.3]; Confer Pete & Karli re: fee petition, settlement [0.4] | 370.00 | 0.70 | | 259.00 |
| 6/24/25 | Ince-Johannsen | Emails Uwaine, Frost, Cady, Jensen re: fee motion [0.6] | 370.00 | 0.60 | | 222.00 |
| 7/1/25 | Ince-Johannsen | Edit recovery motion [0.3]; Confer re: fee motion [0.5]; Emails re: N126 Fee Motion [0.1]; Review, edit timesheets & declarations [0.8] | 370.00 | 1.70 | | 629.00 |
| 7/7/25 | Ince-Johannsen | Review, edit timesheets & declarations [1.7]; Emails re: N126 Fee Motion [0.4]; Confer re: fee motion [0.9]; Joint stipulation on fee motion [0.8] | 370.00 | 3.80 | | 1,406.00 |
| 7/8/25 | Ince-Johannsen | Edit fee recovery motion [2.8]; Prepare fee recovery declaration [1.1]; Format Kruse declaration, add cites to motion [0.2]; Review, edit timesheets & declarations [1.8]; Confer re: fee motion [0.1]; Emails re: N126 Fee Motion [0.3] | 370.00 | 6.30 | | 2,331.00 |
| 7/9/25 | Ince-Johannsen | Edit fee recovery motion [2.0]; Review, edit timesheets & declarations [1.4]; Emails re: N126 Fee Motion [0.5]; TC Frost, Uwaine re: fee recovery motion [0.3]; Format Cady declaration, add cites to motion [0.1]; Format Kruse declaration, add cites to motion [0.1] | 370.00 | 4.40 | | 1,628.00 |
| 8/18/2025 | Ince-Johannsen | Confer re: fee motion [0.4]; Confer DOJ re: fee settlement [0.2] | 370.00 | 0.60 | | 222.00 |
| 8/21/2025 | Ince-Johannsen | Review docket entries [0.1] | 370.00 | 0.10 | | 37.00 |
| 8/27/2025 | Ince-Johannsen | Review, confer with team re: settlement offer [0.5] | 370.00 | 0.50 | | 185.00 |
| 9/16/2025 | Ince-Johannsen | Confer Uwaine & Frost re: N126 fee settlement timing & strategy [0.9] | 370.00 | 0.90 | | 333.00 |
| 9/19/2025 | Ince-Johannsen | Advise DOJ counsel of intent to move forward on fee petition [0.4] | 370.00 | 0.40 | | 148.00 |
| 9/22/2025 | Ince-Johannsen | Email DOJ re: EAJA fee briefing timing [0.2]; TC Uwaine re: N126 fees [0.2]; Review calendar, draft email to DOJ re: EAJA fee petition briefing schedule [0.1] | 370.00 | 0.50 | | 185.00 |

**Ince-Johannsen Timesheet N126 Landscape Project**

| Date | Attorney | Description | Rate | Time | Omit | Amount |
|---|---|---|---|---|---|---|
| 10/3/2025 | Ince-Johannsen | Confer Uwaine re: N126 fee settlement strategy, timing [0.3]; Confer DOJ re: fee proceedings, govt shutdown [0.2] | 370.00 | 0.50 | | 185.00 |
| 11/13/2025 | Ince-Johannsen | Confer internally re: EAJA fee petition, deadlines [0.4]; Confer DOJ re: EAJA fee petition deadlines [0.2] | 370.00 | 0.60 | | 222.00 |
| 11/18/2025 | Ince-Johannsen | File notice re: EAJA fee petition [0.2] | 370.00 | 0.20 | | 74.00 |
| 11/20/2025 | Ince-Johannsen | Confer Uwaine & Frost re: N126 EAJA fee petition strategy [0.3] | 370.00 | 0.30 | | 111.00 |
| 12/1/2025 | Ince-Johannsen | Confer Uwaine & Frost re: N126 fee settlement timing & strategy [0.2] | 370.00 | 0.20 | | 74.00 |
| 12/8/2025 | Ince-Johannsen | Review Fed Defs. EAJA Response [0.5]; Outline EAJA Reply brief [0.7]; Zoom Uwaine & Frost re: EAJA fee petition strategy [0.8]; Review Fed Defs. EAJA Response [0.2] | 370.00 | 2.20 | | 814.00 |
| 12/12/2025 | Ince-Johannsen | Confer Uwaine & Frost re: EAJA Reply brief strategy [0.4]; Confer Cady re: pre-complaint & PI time, research compensability under EAJA [0.3]; Draft EAJA Reply brief [2.8] | 370.00 | 3.50 | | 1,295.00 |
| 12/15/2025 | Ince-Johannsen | TC Uwaine re: N126 Fee reply strategy [0.9]; Review Fed Defs. EAJA Response [0.1]; Draft & edit EAJA Reply brief [2.1]; Confer Cady re: pre-complaint & PI time, research compensability under EAJA [0.1]; Review Second Cady Decl., integrate into Reply [0.2] | 370.00 | 3.40 | | 1,258.00 |
| 12/16/2025 | Ince-Johannsen | Draft & edit EAJA Reply brief [1.9]; Review Second Cady Decl., integrate into Reply [0.3]; Confer Uwaine & Frost re: EAJA Reply brief strategy [0.2] | 370.00 | 2.40 | | 888.00 |
| 12/17/2025 | Ince-Johannsen | Draft & edit EAJA Reply brief [1.7] | 370.00 | 1.70 | | 629.00 |
| 12/19/2025 | Ince-Johannsen | Review & format Cady Reply timeslips [0.5]; Review Second Cady Decl., integrate into Reply [0.3]; TC Uwaine and Frost re: N126 fee reply strategy [0.4]; TC Uwaine re: N126 Fee reply strategy [0.4]; Update timesheets with timeslips since EAJA motion filed [0.2]; Edit EAJA Reply brief [1.7] | 370.00 | 3.50 | 0.50 | 1,110.00 |
| 12/23/2025 | Ince-Johannsen | Update timesheets with timeslips since EAJA motion filed [0.3]; Edit EAJA Reply brief [1.5]; Confer Uwaine & Frost re: EAJA Reply brief final steps [0.2] | 370.00 | 2.00 | | 740.00 |
| | | **For Professional Services: Sangye Ince-Johannsen** | | 272.60 | 19.90 | 88,579.00 |

|   |   |
|---|---|
| Total Hours | 272.60 |
| Total Hours Omitted | 19.90 |
| Total Hours after Omissions | 252.70 |

| | |
|---|---|
| **Total Attorneys' Fees** | $ 88,579.00 |